# EXHIBIT 6

**AFFIDAVIT**

State of Ohio

County of Clermont

I, Jamie Kendrick Waselenko, MD, of 1773 Clough Pike, Batavia, OH 45103, after being duly sworn in I do hereby swear under oath that:

1. Based on a reasonable degree of medical certainty, I believe the current COVID 19 mRNA gene-based therapies are unsafe and pose a serious long-term risk to those that are vaccinated. The data and evidence that substantiate this position are as follows:

A. Firstly, one must understand that everything we do and offer in medicine is based on a risk and benefit analysis. The benefit of any therapy must exceed the risk of side effects. In other words, the treatment and its toxicities should not be worse than the disease. Herein, COVID-19 will be used synonymously with severe acute respiratory coronavirus 2 (SARS-CoV-2), the causative agent of COVID-19. While COVID-19 is highly contagious, the risk of COVID-19 induced serious illness in most of the populations is very low, especially in those that are less than 64 years of age; refer to Table 1. Note that in tables 1 and 2, children, adolescents, and young adults, as well as those under the age of 50 have an extremely low mortality, which approaches 0 in children and young adults. This mortality approaches the annual mortality of influenza, a different seasonal respiratory virus, that has not yielded the recent draconian measures. Based on this data, the current mass vaccination for this population is inappropriate, especially given the unknown long-term effects of this genetic based therapy never before used in humans. I am not alone in this opinion. Many scientists and physicians in the US and Europe have been speaking out about the medical risks and concerns. Unfortunately, they are being silenced by the unprecedented uniform censorship occurring across the globe.

Table 1. Risk of death of COVID-19 based on age.

## CA Covid-19 Data by Age Group (July 6, 2020)

| Age | Population | Cases | % Cases | Deaths | Deaths/Case |
|---|---|---|---|---|---|
| 0-17 | 8,890,250 | 22,861 | 0.26% (1 in 389) | 0 | 00.0% (1 in NA) |
| 18-49 | 17,187,817 | 162,714 | 0.95% (1 in 106) | 392 | 00.2% (1 in 415) |
| 50-64 | 7,270,249 | 55,931 | 0.77% (1 in 130) | 1,053 | 01.9% (1 in 53) |
| 65+ | 6,163,907 | 35,957 | 0.58% (1 in 171) | 4,916 | 13.7% (1 in 7) |
| Unknown | 0 | 311 | NA | 1 | 00.3% (1 in 311) |
| Overall | 39,512,223 | 277,774 | 0.70% (1 in 142) | 6,362 | 02.3% (1 in 44) |

Source: https://data.ca.gov/dataset/covid-19-cases

1

Table 2. This table depicts a low mortality, especially in those <60 years of age as reported by the Chinese Center for Disease Control and Prevention.



To re-affirm, mass vaccination of a low-risk population with a long-life expectancy is unnecessary and carries the risk of significant long-term harms. The risks do not outweigh the benefits; thus, this would be inappropriate.  Offering vaccination to older patients (> 60 year of age), as the mortality starts to increase, with appropriate informed consent, realizing the experimental nature of the COVID-19 vaccines is plausible. However, informed consent requires you offer no treatment and discuss alternative therapeutic options for COVID-19 prophylaxis and treatment which do exist; see section 1. Subsection R.  Unfortunately, these options have been suppressed and heavily politicized.   Some of these medications, discussed later, have been used in thousands of patients and carry with them years of safety data.  Dr. Vladimir Zelenko, MD, an expert in the management of COVID-19 with hydroxychloroquine, Zinc, and azithromycin, has argued that suppression of these data has cost thousands of lives.

B.  The COVID-19 gene-based vaccines, are not vaccines.  Vaccines typically use antigens, a suspension of weakened, killed, or fragmented microorganism or toxins, something that the body detects as foreign to induce an immune response. To meet the criteria to be considered a vaccine, the vaccine must:
Provide immunity to the virus itself, reduce death from the virus, reduce circulation of the virus and reduce transmission of the virus. The COVID-19 based gene therapies do none of these. They neither prevent the disease nor the transmission of the disease.  Demanding a person who opts not to take the COVID-19 gene therapy to take it to protect others, demonstrates a complete lack of knowledge as it pertains to the science.  The mRNA-based vaccines cause normal human cells to express an abnormal COVID-19 spike protein.  Then, our cells must mount an immunologic attack on the normal cell, now expressing the spike protein.  Immunologic diseases are always a potential with vaccines. This concern is heightened based on the normal cells now harboring the spike protein, which is now known to be the pathogenic portion of the COVID-19 virus. There is simply no long-term safety data in animals or humans.

C. To trust the science requires that we look at the science. The rapidity in which these gene therapies were pushed into humans is unprecedented. Typically, multiple animal studies are performed to look for evidence of a therapeutic benefit, as well as acute and long-term toxicity. Additional studies are done in animal models to explore evidence of fetal or gonadal toxicity which could lead to risk of birth defects, genetic damage, or long-term infertility. None of these have been performed or reported with the COVID-19 gene therapies. Even more concerning, all previous animal studies performed, employing coronavirus vaccines, showed more animals died in the vaccinated group as opposed to the unvaccinated. This was related to a process called pathogenic priming which yielded antibody dependent enhancement (ADE) or a hyper-immune activation which resulted in great harm and death to some of the animals due to overwhelming immune activation. These earlier animal trials employed experimental coronavirus vaccination candidates including the Middle East Respiratory Virus, SARS CoV1, and Respiratory Syncytial Virus which led to a successful antibody response in the animals, but further examination of these vaccines were all aborted due to an increase in deaths in the vaccinated animals once they were exposed to the actual virus. This resulted in abandonment vaccination exploration until now. The pharmaceutical companies bypassed the animal trials for the COVID-19 based-gene therapy candidates and went directly into humans, under the emergency use authorization, effectively making humans the test animals. I believe that we are starting to see antibody dependent enhancement in humans. There are reports all over the globe, showing an increased number of vaccinated patients admitted or in the intensive care unit, with COVID-19 compared to the unvaccinated. ADE would be expected to develop after exposure to a respiratory virus. Of note, the statistics in the US seem to be completely inverted as to what the rest of the world is seeing. Interestingly, some of the most heavily vaccinated countries have become COVID-19 hot spots and travel into these heavily vaccinated areas is limited due to the uptick in new cases. My concern is that this rush to get a vaccine into humans, was accomplished by bypassing necessary and critically important animal trials, which should give everyone pause. We will see unexpected side effects. The current mandates are criminal.

D. Dr. Peter Malone is a leading expert in virology, who discovered RNA transfection in 1988, and until recently was credited with the discovery of mRNA vaccine development. He has recently warned about deploying mRNA vaccines to the population at large. Concerns he voiced included the risk of ADE that was seen in the animal studies, the creation of more pathogenic variants, and he recommended they be considered only for those with the greatest risk (the elderly). For the rest of the population he recommends treatment with effective drugs, natural recovery and subsequent immunity over vaccination.

E. Molecular mimicry is defined as similar structures shared by dissimilar genes or by their protein products. Understanding this issue is critical to understanding the myriad of long-term risks. The spike protein that the COVID-19 mRNA based-gene therapy causes a vaccinated person to produce, is designed to induce an immune response, but this spike protein shares similarity to many normal human tissues. In fact, in one study where SARS-CoV-2 antibodies were screened using 55 different human tissue antigens, 28 of 55 (51%) showed reactivity. These tissues included gastrointestinal, thyroid and neurologic tissue. This implies a heightened risk of autoimmune diseases especially over time. This risk is likely greater in people with dysregulated immune systems, autoimmune diseases, or an inherent predilection for auto-immune disease

3

development. Due to antibodies to syncetin-1, caused by the spike protein, many have expressed concerns that this could cause an immune attack on the placenta since it contains cells called, syncytiothrophoblasts, that may be targeted with these types of antibodies.
While not yet known, there are concerns regarding this being a possible mechanism for some of the post-vaccine fetal losses seen and reported in VAERS, shown in Table 3.

F. Immune suppressive effects of COVID-19 vaccines have recently been described, which were not initially expected. Dr. Ryan Cole, CEO and Medical Director, of Cole Diagnostics, has reported on multiple COVID-19 gene-based vaccine induced pathologic changes that he has been observing. As a pathologist, with expertise in immunology and virology, his lab has screened multiple blood and tissue specimens. He has reported a post-vaccine drop in CD8 positive T-cells. This is resulting in immune suppression in some vaccinated patients. Concurrently with these immune suppressive changes, he has also noted a significant uptick in reactivation of multiple herpes family viruses such as varicella zoster virus, herpes simplex virus, Epstein Barr virus, as well as human papilloma virus in cervical specimens, and 20-fold increase pox virus-induced molluscum contagiosum. He believes these findings are due to vaccine associated weakening of the immune system. Of note, similar changes are seen in people who are actively infected with COVID-19. This is not surprising as the virus can cause a decrease in the cytotoxic (pathogen killing) potential of T-cells and NK T-cells. These changes can last for months as well. The duration of vaccine associated changes in unknown.

G. Molecular biologist, Christine Mayr, MD, PhD, researcher at Memorial Sloan Kettering Institute, has reported that mRNA may reduce tumor suppressor genes and result in an increase in cancer. This has not been reported with the COVID 19 mRNA vaccines specifically but remains a concern and a potential risk. Severe immune suppression, especially if protracted, could also contribute to cancer risk.

H. Neurodegenerative illnesses have been seen and are felt to be a long-term risk with the COVID-19 gene therapies. Dr. Luc Montagnier, virologist, researcher, and Nobel Laureate is one of several researchers that have also brought this concern to the forefront. Some sequences of the spike protein resemble that of the prion-like domains in the brain. Prion diseases are due to misfolding of proteins called prion proteins, which is a rare cause of a progressive decline in brain function. In people with prion disease, misfolded prion protein can bind to healthy prion protein, which causes the healthy protein to also fold abnormally. This disease is usually fatal. COVID-19 vaccines may induce prion-based degenerative disease, causing progressive brain deterioration. Another author concluded that mRNA-based vaccines may cause ALS, front temporal lobar degeneration, Alzheimer's disease, and other neurological degenerative diseases.

I. Dr. Byram Bridle, a viral immunologist and vaccine researcher, at University of Guelph, in Ontario, was awarded a large government grant for COVD-19 vaccine development. He recently stated that they, the vaccine designers, made a big mistake by using the spike protein as the target. He further states that the scientists did not realize at the time that the spike protein is the pathogenic portion of the virus. He also pointed out that Japanese data, looking at mRNA COVID-19 vaccine bio-distribution, after the mRNA injection yielded an unexpected surprise including the extensive uptake of the mRNA gene-based vaccine in the blood and increased concentration around the ovaries. This has heightened additional concerns regarding infertility.

4

J. Dr. Janci Chunn Lindsay, Ph.D., molecular biologist and toxicologist with over 30 years of scientific experience, and pre-clinical experience with vaccine induced sterility in animals, provided her testimony before the CDC. Dr. Lindsay implored the CDC to cease mass vaccination and warned them that we could leave an entire generation infertile, stating that there was credible evidence that COVID-19 vaccines could induce cross-reactivity with syncytin, and reproductive proteins in sperm, ova, and the placenta, which could impair pregnancy and the ability for some women to carry a fetus to term.

Similarly, well-respected, Pfizer scientist, Dr. Michael Yeadon, former Vice President of Pfizer and respected immunologist, has been very outspoken regarding his concerns over the COVID-19 gene-based mRNA vaccines. Among his greatest concerns was the ill-founded recommendation that pregnant women be vaccinated with the COVID-19 gene therapies, as there are no pre-clinical animal studies examining fetal risk, reproductive risk, and no long-term human data that would typically be required before any drug would be approved for use in pregnancy.

K. Thrombotic complications are well recognized with all COVID-19 and COVID-19 gene-based vaccines. We know the vaccines cause vaccinated people to express the pathogenic or disease-causing part of the virus, the spike protein. So, the vaccine can cause similar diseases to an active COVID-19 infection. The spike protein expressed in the blood vessel lining (vascular endothelium) can yield a prothrombotic state, which explains the pulmonary emboli, deep vein thromboses, strokes, and myocardial infarctions that have been reported.

L. Blood donation safety is also a significant area of concern and uncertainty. This likely will affect our blood supply. Should vaccinated people be allowed to donate blood? Transfusing an infant, young child, or a tenuous older person who may already be seriously ill with blood, containing spike proteins, may result in unintended harm.

M. All treatment considerations must weigh risk and benefit. Risks of the COVID-19 gene therapies have been difficult to know fully due to censorship, under-recognized toxicities, and under-reported side effects. The best available data we have comes from the Vaccine Adverse Event Reporting System (VAERS).

Significant morbidity and death have been seen due to the COVID-19 vaccines. These numbers continue to rise daily. You will see that the current VAERS data as of August 6, 2021 showed 571, 830 reports of vaccine injury in the US alone; see table 3. A 2009 Harvard study showed that the data reported in VAERS likely only accounts for 1% of vaccine side effects being experienced by those that have been vaccinated. So, the numbers shown likely represent a significant under-representation of vaccine associated injuries. In the current data we also see that at least 12,791 people have died related to vaccine associated injury. Again, these statistics represent the United States only. Increase numbers have also been seen in Europe and other countries. The global side effect and toxicity impact must be astounding. Moreover, you will see that at least 42,727 people experienced anaphylaxis, other severe allergic reactions, or a life-threatening event. Furthermore, at least 16,044 people have become permanently disabled. Dr. Peter McCullough recently reported that the COVID vaccine death rate is likely at least 50,000,

based on data from a whistleblower inside the Centers for Medicare and Medicaid services and two whistleblowers inside the CDC. These vaccine toxicities and the death rate are staggering and unprecedented. The cure cannot be worse than the disease. In fact, these numbers exceed all vaccine reactions and toxicities for all other vaccines combined reported in the last 20 years. Unforeseen toxicities continue to be discovered, such as the recent association of COVID-19 vaccination and myocarditis in young people after COVID-19 vaccination. Some of these cases were severe and will likely lead to life-long cardiac limitations, disability, and early death.

Table 3. VAERS. Depicted are some of the COVID-19 associated events and the numbers reported as of **8/6/2021.** The total reported events were 571,830 events as of that date.

| EVENT | Deaths | Hospitalizations | Urgent Care Visits | Office Visits | Severe Allergic Reactions |
|---|---|---|---|---|---|
| NUMBER | 12,791 | 51,242 | 70,666 | 95,887 | 24,305 |
| EVENT | Anaphylaxis | Bell's Palsy | Miscarriages | Myocardial Infarction | Low Platelets |
| NUMBER | 5,282 | 4,461 | 1.505 | 5,590 | 2,554 |
| EVENT | Myocarditis/Pericarditis | Permanent Disability | Life Threatening | Shingles | |
| NUMBER | 4,371 | 16, 044 | 13,140 | 6,784 | |

N. Dangers of vaccination in the setting of an ongoing pandemic are known. Dr Luc Montagnier, Nobel Prize winning virologist , and Dr. Geert Vanden Bossche, a PhD scientist and respected vaccine designer, involved in vaccine development, have warned that you should not vaccinate in the midst of a pandemic as you will generate many COVID-19 mutants. Mass vaccination results in immune escape by driving emergence of new variants that bypass vaccine immunity, which is likely the reason for the emergence of the new variants. Dr. Janci Chunn Lindsay, Ph.D., mentioned earlier, in her testimony to the CDC, has also affirmed that there was strong evidence of immune escape and that under the pandemic pressure, more lethal mutants would be likely forthcoming and that the COVID-19 vaccines could cause more deaths due to ADE and the generation of resistant variants across the population than would be seen without COVID-19 gene based vaccine intervention. That is, there is evidence that the vaccines can, and are likely, making the pandemic worse.

O. Importantly, all the current COVID-19 gene-based vaccines are experimental and as we have discussed, lack pre-clinical animal studies as well as long-term safety studies in animals and human. All available COVID-19 vaccines that are currently being used are under the experimental use authorization (EUA) permitted by the Federal Drug Administration (FDA). An EUA is a mechanism to facilitate the availability and use of medical countermeasures, including vaccines during public health emergencies. Criteria required to declare a drug or vaccine be made available under an EUA include that there are no adequate approved or available alternatives. It is clear based on the depth and breadth of the data on ivermectin and hydroxychloroquine combinations, vitamin D, and zinc, that these data were intentionally suppressed to push forward COVID-19 gene-based vaccines under the EUA. See section 1, subsection R. on alternatives for prophylaxis and treatment.

P. Contrary to current recommendations, patients do not need to be vaccinated if they have already been infected with COVID-19. Evidence of prolonged immunity after patients who were infected with a previous coronavirus, SARS, in 2003, demonstrated continued protection from re-infection and that this did provide some protection against COVID-19. There is mounting evidence that COVID-19 vaccination in someone who has already had the infection likely has no additional benefit and that these patients have a significant increased risk of vaccine related reactions or injury. Dr. Peter McCullough, internist, cardiologist, epidemiologist, and Professor of Medicine at Texas A & M College of Medicine in Dallas, who has become a leader in the medical response to the COVID-19 disaster, has asserted that COVID-19 vaccination in those previously infected with COVID-19 is unnecessary, unfounded, and unsafe. Interestingly, a George Mason law professor was granted a legal exemption from the university (COVID-19 gene-based) vaccine mandate based on a natural immunity law suit.

Q. The COVID-19 gene-based vaccine doesn't prevent transmission (or protect patients, which has been argued). The CDC has recently changed its recommendations due to an increase in infections in those vaccinated and has also warned of the likelihood of virus transmission in those who have been fully vaccinated, requesting all people vaccinated and unvaccinated continue to wear masks indoors. While mask utility is arguable, the CDC now says that even those people fully vaccinated for COVID-19 are at risk of acquiring the delta variant of COVID-19 and spreading the virus. They concluded the delta variant is highly contagious, likely to be more severe, and that breakthrough infections may be as transmissible as those that are unvaccinated.

R. Alternative therapies exist and must be considered in the prophylaxis and the treatment of COVID-19 infections. The suppression of data and vilification of providers employing these treatments for at risk or sick patients is highly unusual.

There are effective, safe, inexpensive preventive options and treatments for COVID–19. Interestingly, early on in the pandemic several doctors noted that the incidence of COVID-19 was decreased in countries with high malaria rates and had minimal to no deaths. Chloroquine is used heavily in these regions. This led to interest and exploration of chloroquine and hydroxychloroquine to treat COVID-19. Hydroxychloroquine alone or in combination continues to be a source of study and controversy. The Lancet reported a negative hydroxychloroquine study that was widely used to malign this treatment and any using it. Subsequently, it was discovered that the Lancet study was completely fabricated and later retracted, but much damage had already been done by the negative press reports. The best studies with hydroxychloroquine are typically combined with zinc with or/without azithromycin. Hydroxychloroquine is currently one of the treatments recommended by Dr McCullough and others, published in The American Journal of Medicine for early management of those with a COVID-19 infection.

Additionally, there are multiple compelling studies and meta-analyses (groups of trials) showing a significant benefit with ivermectin, an FDA approved anti-parasitic drug, being used to treat and prevent COVID-19. The real-time meta-analysis, on https://ivmmeta.com/ shows a statistically significant improvement in mortality, hospitalizations, recovery, and viral clearance

7

in those who were treated with ivermectin. Significant benefits were seen with ivermectin for both prophylaxis and treatment. Early intervention with ivermectin resulted in much better outcomes than later institution of the therapy. The authors point out that all practical, effective, and safe means should be used to prevent or treat COVID-19 and that those denying the efficacy of treatments share responsibility for COVID-19 becoming endemic and for the increased mortality, morbidity, and collateral damage

Additional supplements including vitamin D, vitamin C, zinc, n-acetyl cysteine, and quercetin have all been found to be potentially beneficial in the treatment, lessening the severity, or prevention of COVID-19.

In a retrospective study by Dr Raharusun, he found that the mortality of patients with a normal Vitamin D level markedly reduced at 4%. Please see Figure. 1. Note the significant drop in mortality based on Vitamin D levels alone. A standard recommendation should include zinc and vitamin D supplementation for all people, especially in winter months to help prevent COVID-19 and to lessen risk or development of severe disease.



Figure 1. This graph demonstrates the COVID-19 death rate drops dramatically in patients with a normal Vitamin D level.

Everything in medicine must be weighed. Risk of any treatment must be beneficial to the person receiving it and that perceived benefit must exceed the toxicity of the treatment.

S. If COVID 19 gene therapies are safe, why are the pharmaceutical companies indemnified? Furthermore, why are vaccine mandates permissible around the country and not required at the White House, the FDA, the CDC, the World Health Organization, Pfizer, Moderna, or Johnson and Johnson?

T. Alternatives to COVID-19 gene-based vaccination exist, as I have briefly touched upon, and should be discussed with all patients when obtaining informed consent regarding the vaccines. In my experience, this is not happening due to the suppression of data; negative media manipulation, and absence of critical thinking by many providers. Many providers are not questioning the science or looking at the data, they are busy, and are trusting Dr. Fauci and the

8

CDC.  Unfortunately, many of these people and their organizations are swayed by their funding resources. So, critical examination of the science is required in order to follow the science.

U. Open borders with thousands of infected illegal immigrants entering the US, poses a much greater risk of COVID-19 dissemination than whether your nurse has had the COVID-19 gene-based vaccine.

**2. Those refusing the current COVID-19 gene-based vaccines under employer mandates are justified in doing so.**

A. Based on the science, the low mortality risk to most of the population, the long-term risks for all patients who have received these gene based COVID-19 vaccines, this must be voluntary and requires informed consent, and a weighing of the risks and benefits.

B. Mandated uniform deployment of the COVID-19 gene-based therapies are a clear violation of the Nuremberg Code and Geneva Convention code of conduct for ethical experimentation in humans.

C. Caution is required.  In response to the recent mandate for vaccination of the military service personnel, Commander J.H. Furman of the US NAVY warns that the results could conceivably be catastrophic. "The forced vaccination of all military personnel with the present COVID-19 vaccines may compromise U.S. national security due to the unknown extent of serious vaccine complications," writes Furman. "Further study is needed before committing the Total Force to one irreversible experimental group. Initial reports leave more concern for the COVID-19 vaccinations than the virus itself for the (at present) exceptionally healthy military population."

This is a very valid concern given this young, healthy population, who are mission critical. Moreover, I think frontline workers such as paramedics, firemen, police officers, physicians, nurses and other hospital personnel should have this issue approached with the same caution. This has the potential to significantly cripple the capability of our nation to be able to protect citizens as well as to care for them in the event the pandemic worsens. Medical providers can do little to nothing to help other sick patients if they too become casualties themselves, suffering from COVID resistant variants and/or antibody dependent enhancement.

**3. The issues and extent of the COVID fraud is vast and concerns regarding the depth and breadth continue to be defined.  Censorship of news continues to be a challenge and disinformation is prolific.**

A. One such issue is the PCR test for COVID which is being used inappropriately and is flawed. There is currently no gold standard test for COVID-19 since the virus has never been properly purified or visualized.  Reliable analytical data is critical for the correct determination of the real presence or absence of COVID-19 infection.  The genetic sequences used in PCR to detect suspected SARS-CoV-2 to diagnosis cases of illness and death attributed to the infection are present in many sequences of the human genome and multiple other viruses.  Dr. Stephen Bustin, a leading expert in PCR, says that under certain conditions anyone can test positive.  The arbitrary increased number of cycles to amplify DNA yielded in a significant number of false positive which in same cases where as high as 90%.  Additionally, the current COVID-19

(SARS-CoV-2) testing cannot distinguish between Influenza infection or COVID-19. This is likely why the Influenza incidence and mortality dropped significantly in 2020, as many of those cases were being attributed to COVID-19. This is now acknowledged by the FDA. The FDA is revoking the authorization of at least one of their PCR based COVID-19 tests due to concerns about accuracy, despite this test being used in millions of people in the US. However, this test continues to be used until December of 2021. Lastly, the frequent testing of asymptomatic patients is unscientific, useless, and a waste of money.

B. The mortality statistics used initially were greatly over-inflated. If anyone died (even from a gunshot wound) and tested positive (despite the flawed PCR methodology) that death was counted as a COVID-19 death.

C. Masks do not work. Initially, Dr Fauci recommended against masks because of the science. Then he recanted and recommended one, then subsequently two masks because of the science. The science demonstrates that the mask pore size in all masks is greater than the 0.12-micron (range 0.06-0.14 microns) size of the COVID-19 virus. This includes the N95 masks which have a pore size of 0.3 microns. This alone does not consider some of the other dynamics. However, even in the best scenario the N-95 mask would only filter and/or trap up to 95% of particles. This assumes the virus itself is always attached to something else such as water droplets or aerosols. There is literature to show masks may have a detrimental effect on mask wearers. Among these are an increase in skin infections, bacterial pneumonia, suppression of the immune system, dental caries and a new research has shown that cloth mask may increase viral transmission because they cause further aerosolization of the drops (making them smaller) which may result in increased viral infectivity. Furthermore, mask wearing for prolonged periods can increase CO2 retention and hypoxia (lowering of oxygen). In fact, the N-95 masks may lower oxygen by 20% which is significant.

D. There has been suppression and unprecedented restrictions of the clinical, off-label, use of FDA approved medicines such as hydroxychloroquine and/or ivermectin, which physicians have done for years in the care of their patients. This is an acceptable practice. However, once the pandemic began, doctors were suddenly prohibited from using hydroxychloroquine based on previously known data of efficacy. In fact, some physicians, including Dr Simone Gold, a lawyer and emergency room physician, were fired for prescribing hydroxychloroquine to a sick patient, suffering from COVID-19. Dr. Gold subsequently went on to establish the American Frontline Doctors, an advocacy group, still using hydroxychloroquine and ivermectin combinations to this day with good success.

E. An emergency use authorization was only possible if no effective therapy was available, so clinical data on the use, safety and effectiveness of hydroxychloroquine and ivermectin were suppressed. Factually inaccurate information flourished in the media.

F. Dr. Anthony Fauci, Director of the National Institute of Allergy and Infectious Diseases (NIAID), has recently been linked to funding illegal, gain of function, coronavirus research with tax-payer funding through the lab in Wuhan, China.

However, I would like to reference the meticulous tome of work by Dr David Martin, PhD. Dr. David Martin founded M·CAM ® in 1998 and has served as its CEO and Chairman since

that time. M·CAM ® has been an international intangible asset underwriter and analyst firm, spanning work in innovation finance, trade, and intangible asset finance. He has published a compendium, cataloguing the fraud committed by Dr Anthony Fauci, other scientists, and other government agencies. This has shown foreign aid to the Wuhan Institute of Virology in China, which Dr. Fauci and the NIAID granted tax-payer funding for gain of function research. As outlined by Dr Martin, in the document he methodically compiled, titled, "The Fauci/COVID-19 Dossier- This document is prepared for humanity" has been monitoring possible violations of the 1925 Protocol for the Prohibition of the Use in War of Asphyxiating, Poisonous, or other Gases, and of Bacteriological Methods of Warfare (the Geneva Protocol) 1972 Convention on the Prohibition of the Development, Production, and Stockpiling of Bacteriological and Toxin Weapons and Their Destruction (the BTWC). In their 2003-2004 Global Technology Assessment: Vector Weaponization M·CAM highlighted China's growing involvement in Polymerase Chain Reaction (PCR) technology with respect to joining the world stage in chimeric construction of viral vectors. Since that time, on a weekly basis, we have monitored the development of research and commercial efforts in this field, including, but not limited to, the research synergies forming between the United States Centers for Disease Control and Prevention (CDC), the National Institutes for Allergies and Infectious Diseases (NIAID), the University of North Carolina at Chapel Hill (UNC), Harvard University, Emory University, Vanderbilt University, Tsinghua University, University of Pennsylvania, many other research institutions, and their commercial affiliations.

Dr. Martin points out on page on 2 the Covid-19 Dossier, *that "on April 19, 2002 – the Spring before the first SARS outbreak in Asia – Christopher M. Curtis, Boyd Yount, and Ralph Baric filed an application for U.S. Patent 7,279,372 for a method of producing recombinant coronavirus. In the first public record of the claims, they sought to patent a means of producing, "an infectious, replication defective, coronavirus." This work was supported by the NIH grant referenced above and GM63228. In short, the U.S. Department of Health and Human Services was involved in the funding of amplifying the infectious nature of coronavirus between 1999 and 2002 before SARS was ever detected in humans. Furthermore, he goes to say in the COVID-19 Dossier, pages 5-6, "In their majority opinion in 2013, the U.S. Supreme Court made it abundantly clear that the Court had "long held" that nature was not patentable. Merely isolating DNA does not constitute patentable subject matter. In their patent, the CDC made false and misleading claims to the United States Patent & Trademark Office by stating that, "A newly isolated human coronavirus has been identified as the causative agent of SARS, and is termed SARS-CoV."4 No "causal" data was provided for this statement. When they filed their patent application on April 25, 2003 their first claim (and the only one that survived to ultimate issuance over the objection of the patent examiner in 2006 and 2007) was the genome for SARS CoV. While this patent is clearly illegal under 35 U.S.C. §101, not only did the CDC insist on its granting over non-final and final rejections, but they also continued to pay maintenance fees on the patent after the 2013 Supreme Court decision confirmed that it was illegal. In addition, the CDC patented the detection of SARS CoV using a number of methods including reverse transcription polymerase chain reaction (RT-PCR). With this patent, they precluded anyone outside of their licensed or conspiring interest from legally engaging in independent verification of their claim that they had isolated a virus, that it was a causative agent for SARS, or that any therapy could be effective against the reported pathogen. It is important to note that the CDC's*

11

*patent applications were also rejected in non-final and final rejections for ineligibility under 35 U.S.C. § 102 for being publicly disclosed prior to their own filing. In the first non-final rejection, the USPTO stated that the CDC's genome was published in four Genbank accession entries on April 14, 18, and 21, 2003 with identity ranging from 96.8% to 99.9% identical sequences.5 Dr. Fauci knew, and failed to disclose evidence that the CDC patent was illegal, based on work he had funded in the years leading up to the SARS outbreak. After seeking an illegal patent, petitioning to override the decision of an examiner to reject it, and ultimately prevailing with the patent's grant, the CDC lied to the public by stating they were controlling the patent so that it would be "publicly available".6 Tragically, this public statement is falsified by the simple fact that their own publication in Genbank had, in fact, made it public domain and thereby unpatentable. This fact, confirmed by patent examiners, was overridden by CDC in a paid solicitation to override the law. While not covered under 35 U.S.C. §101, Dr. Fauci's abuse of the patent law is detailed below. Of note, however, is his willful and deceptive use of the term "vaccine" in patents and public pronouncements to pervert the meaning of the term for the manipulation of the public. In the 1905 Jacobson v. Mass case, the court was clear that a PUBLIC BENEFIT was required for a vaccine to be mandated. Neither Pfizer nor Moderna have proved a disruption of transmission. In Jacobson v. Massachusetts, 197 U.S. 11 (1905), the court held that the context for their opinion rested on the following principle: "This court has more than once recognized it as a fundamental principle that 'persons and property are subjected to all kinds of restraints and burdens in order to secure the general comfort, health, and prosperity of the state…" The Moderna and Pfizer "alleged vaccine" trials have explicitly acknowledged that their gene therapy technology has no impact on viral infection or transmission whatsoever and merely conveys to the recipient the capacity to produce an S1 spike protein endogenously by the introduction of a synthetic mRNA sequence. Therefore, the basis for the Massachusetts statute and the Supreme Court's determination is moot in this case. Further, the USPTO, in its REJECTION of Anthony Fauci's HIV vaccine made the following statement supporting their rejection of his bogus "invention."*

*Dr. Martin goes on to say on page 7-11, "By no later than April 11, 2005, Dr. Anthony Fauci was publicly acknowledging the association of SARS with bioterror potential. Leveraging the fear of the anthrax bioterrorism of 2001, he publicly celebrated the economic boon that domestic terror had directed towards his budget. He specifically stated that NIAID was actively funding research on a "SARS Chip" DNA microarray to rapidly detect SARS (something that was not made available during the current "pandemic") and two candidate vaccines focused on the SARS CoV spike protein.7 Led by three Chinese researchers under his employment – Zhi-yong Yang, Wing-pui Kong, and Yue Huang – Fauci had at least one DNA vaccine in animal trials by 2004.8 This team, part of the Vaccine Research Center at NIAID, was primarily focused on HIV vaccine development but was tasked to identify SARS vaccine candidates as well. Working in collaboration with Sanofi, Scripps Institute, Harvard, MIT and NIH, Dr. Fauci's decision to unilaterally promote vaccines as a primary intervention for several designated "infectious diseases" precluded proven therapies from being applied to the sick and dying.9 The CDC and NIAID led by Anthony Fauci entered into trade among States (including, but not limited to working with EcoHealth Alliance Inc.) and with foreign nations (specifically, the Wuhan Institute of Virology and the Chinese Academy of Sciences) through the 2014 et seq National Institutes of Health Grant R01AI110964 to exploit their patent rights. This research was known to involve*

12

*surface proteins in coronavirus that had the capacity to directly infect human respiratory systems. In flagrant violation of the NIH moratorium on gain of function research, NIAID and Ralph Baric persisted in working with chimeric coronavirus components specifically to amplify the pathogenicity of the biologic material. By October 2013, the Wuhan Institute of Virology 1 coronavirus S1 spike protein was described in NIAID's funded work in China. This work involved NIAID, USAID, and Peter Daszak, the head of EcoHealth Alliance. This work, funded under R01AI079231, was pivotal in isolating and manipulating viral fragments selected from sites across China which contained high risk for severe human response.10 By March 2015, both the virulence of the S1 spike protein and the ACE II receptor was known to present a considerable risk to human health. NIAID, EcoHealth Alliance and numerous researchers lamented the fact that the public was not sufficiently concerned about coronavirus to adequately fund their desired research.11 Dr. Peter Daszak of EcoHealth Alliance offered the following assessment: "Daszak reiterated that, until an infectious disease crisis is very real, present, and at an emergency threshold, it is often largely ignored. To sustain the funding base beyond the crisis, he said, we need to increase public understanding of the need for MCMs such as a pan-influenza or pan-coronavirus vaccine. A key driver is the media, and the economics follow the hype. We need to use that hype to our advantage to get to the real issues. Investors will respond if they see profit at the end of process, Daszak stated." Economics will follow the hype. The CDC and NIAID entered into trade among States (including, but not limited to working with University of North Carolina, Chapel Hill) and with foreign nations (specifically, the Wuhan Institute of Virology and the Chinese Academy of Sciences represented by Zheng-Li Shi) through U19AI109761 (Ralph S. Baric), U19AI107810 (Ralph S. Baric), and National Natural Science Foundation of China Award 81290341 (Zheng-Li Shi) et al. 2015-2016. These projects took place during a time when the work being performed was prohibited by the United States National Institutes of Health. The public was clearly advised of the dangers being presented by NIAID-funded research by 2015 and 2016 when the Wuhan Institute of Virology material was being manipulated at UNC in Ralph Baric's lab. "The only impact of this work is the creation, in a lab, of a new, non-natural risk," agrees Richard Ebright, a molecular biologist and biodefence expert at Rutgers University in Piscataway, New Jersey. Both Ebright and Wain-Hobson are long-standing critics of gain-of-function research. In their paper, the study authors also concede that funders may think twice about allowing such experiments in the future. "Scientific review panels may deem similar studies building chimeric viruses based on circulating strains too risky to pursue," they write, adding that discussion is needed as to "whether these types of chimeric virus studies warrant further investigation versus the inherent risks involved". But Baric and others say the research did have benefits. The study findings "move this virus from a candidate emerging pathogen to a clear and present danger", says Peter Daszak, who co-authored the 2013 paper. Daszak is president of the EcoHealth Alliance, an international network of scientists, headquartered in New York City, that samples viruses from animals and people in emerging-diseases hotspots across the globe. Studies testing hybrid viruses in human cell culture and animal models are limited in what they can say about the threat posed by a wild virus, Daszak agrees. But he argues that they can help indicate which pathogens should be prioritized for further research attention." Knowing that the U.S. Department of Health and Human Services (through CDC, NIH, NIAID, and their funded laboratories and commercial partners) had patents on each proposed element of medical counter measures and their funding, Dr. Fauci, Dr. Gao (China CDC), and Dr. Elias (Bill and Melinda Gates Foundation) conspired to*

13

*commit acts of terror on the global population – including the citizens of the United States – when, in September 2019, they published the following mandate: "Countries, donors and multilateral institutions must be prepared for the worst. A rapidly spreading pandemic due to a lethal respiratory pathogen (whether naturally emergent or accidentally or deliberately released) poses additional preparedness requirements. Donors and multilateral institutions must ensure adequate investment in developing innovative vaccines and therapeutics, surge manufacturing capacity, broad-spectrum antivirals and appropriate nonpharmaceutical interventions. All countries must develop a system for immediately sharing genome sequences of any new pathogen for public health purposes along with the means to share limited medical countermeasures across countries. Progress indicator(s) by September 2020 • Donors and countries commit and identify timelines for: financing and development of a universal influenza vaccine, broad spectrum antivirals, and targeted therapeutics. WHO and its Member States develop options for standard procedures and timelines for sharing of sequence data, specimens, and medical countermeasures for pathogens other than influenza. • Donors, countries and multilateral institutions develop a multi-year plan and approach for strengthening R&D research capacity, in advance of and during an epidemic. • WHO, the United Nations Children's Fund, the International Federation of Red Cross and Red Crescent Societies, academic and other partners identify strategies for increasing capacity and integration of social science approaches and researchers across the entire preparedness/response continuum." As if to confirm the utility of the September 2019 demand for "financing and development of" vaccine and the fortuitous SARS CoV-2 alleged outbreak in December of 2019, Dr. Fauci began gloating that his fortunes for additional funding were likely changing for the better. In a February 2020 interview in STAT, he was quoted as follows: ""The emergence of the new virus is going to change that figure, likely considerably, Fauci said. "I don't know how much it's going to be. But I think it's going to generate more sustained interest in coronaviruses because it's very clear that coronaviruses can do really interesting things." section 802 of the USA PATRIOT Act (Pub. L. No. 107-52) expanded the definition of terrorism to cover "domestic," as opposed to international, terrorism. A person engages in domestic terrorism if they do an act "dangerous to human life" that is a violation of the criminal laws of a state or the United States, if the act appears to be intended to: (i) intimidate or coerce a civilian population; (ii) influence the policy of a government by intimidation or coercion; Dr. Anthony Fauci has intimidated and coerced a civilian population and sought to influence the policy of a government by intimidation and coercion. With no corroboration, Dr. Anthony Fauci promoted16 Professor Neil Ferguson's computer simulation derived claims that, "The world is facing the most serious public health crisis in generations. Here we provide concrete estimates of the scale of the threat countries now face. "We use the latest estimates of severity to show that policy strategies which aim to mitigate the epidemic might halve deaths and reduce peak healthcare demand by two-thirds, but that this will not be enough to prevent health systems being overwhelmed. More intensive, and socially disruptive interventions will therefore be required to suppress transmission to low levels. It is likely such measures – most notably, large scale social distancing – will need to be in place for many months, perhaps until a vaccine becomes available." Reporting to the President that as many as 2.2 million deaths may result from a pathogen that had not yet been isolated and could not be measured with any accuracy, Dr. Fauci intimidated and coerced the population and the government into reckless, untested, and harmful acts creating irreparable harm to lives and livelihoods.18 Neither the Imperial College nor the "independent" Institute for Health Metrics*

14

*and Evaluation (principally funded by the Bill and Melinda Gates Foundation)19 had any evidence of success in estimating previous burdens from coronavirus but, without consultation or peer-review, Dr. Fauci adopted their terrifying estimates as the basis for interventions that are explicitly against medical advice.*

*• The imposition of social distancing was based on computer simulation and environmental models with NO disease transmission evidence whatsoever.*

*• The imposition of face mask wearing was directly against controlled clinical trial evidence and against the written policy in the Journal of the American Medical Association. "Face masks should not be worn by healthy individuals to protect themselves from acquiring respiratory infection because there is no evidence to suggest that face masks worn by healthy individuals are effective in preventing people from becoming ill."*

*• In both the Imperial College and the IHME simulations, quarantines were modeled for the sick, not the healthy.*

*Insisting on vaccines while blockading the emergency use of proven pharmaceutical interventions may have contributed to the death of many patients and otherwise healthy individuals. Using the power of NIAID during the alleged pandemic, Dr. Anthony Fauci actively suppressed proven medical countermeasures used by, and validated in scientific proceedings, that offered alternatives to the products funded by his conspiring entities for which he had provided direct funding and for whom he would receive tangible and intangible benefit. "*

G. Dr. Reiner Fuellmich, an international attorney in Europe, with a team of over 1,000 lawyers and over 10,000 medical experts, has begun legal proceedings, called the New Nuremberg Trials of 2021, against the CDC, WHO, and the Davos Group for crimes again humanity. Mr. Fuellmich and his group have brought up similar issues to include the faulty PCR testing, the mislabeling and attribution of any death with a positive PCR test as COVID related, resulting in fraudulent death certificates, as well as COVID-19 gene based vaccines concerns. They also claim that the COVID-19 gene based experimental vaccine is a violation of all 10 of the Nuremberg Codes.

H. A group of 57 leading scientists, doctors, and policy experts, including Dr. Peter McCullough, are calling into question the safety and efficacy of the current COVID-19 vaccines and are calling for an immediate end to all COVID-19 vaccine programs. I concur completely. We have alternatives with a safer track record that will not yield resistant COVID variants.

I. Conflicts of interest need to be delineated. Dr. Fauci, NIAID, CDC, WHO all receive private funding, including funding from the pharmaceutical industry. Doctors, churches, employers and community organizations are compromised. Some are offering bonuses and incentives and others are receiving bonuses based on their vaccination rates. The public is unaware of most of this.

J. The sum and substance of my key points are as follows:

15

- There is a great deal of concern regarding long-term safety with this new methodology and caution should be exercised.
- Many people are being coerced into receiving an experimental gene therapy never before used in humans. This is a clear violation of the Nuremberg code.
- Many patients do not recognize that this gene vaccine is an experiment and they are not receiving appropriate informed consent including the discussion regarding no treatment or alternative treatments.
- Most patients do not need and will not benefit from the COVID-19 gene base therapies but will still incur long-term risk.
- All people have a right to decide for themselves whether they want to receive this experimental gene-based vaccine or not after appropriate inform consent.
- Mandating this experimental therapy in any child or person is wrong. Mandating the COVID-19 gene-based vaccine in frontline workers and our military is short sighted and potentially compromises our nation and our communities. These are mission critical personnel and the risking of their health in this setting is senseless and could lead to more deaths (from patients who cannot be care for) or national security issues.
- These gene-based vaccines do not protect them from getting the COVID-19 infection, transmitting the infection, or the development of resistant variants, and may put them at risk of antibody dependent enhancement or another serious vaccine associated injury.
- To mandate that children receive this experimental gene therapy is highly inappropriate, based on their negligible mortality with the coronavirus infection, low transmissibility which has been documented in children, and their long life expectancy in which they will be at high risk of future toxicity, potential infertility, and the potential risk of perpetual antibody dependent enhancement with coronavirus, influenza, or other respiratory viruses. It is my opinion that mandating that children, adolescents, or young adults receive this gene base therapy is criminal.
- Dr. Fauci, the NIAID, and others are complicit in fraud as categorically outlined by Dr. Martin

Under penalty of perjury, I hereby declare and affirm that the above stated facts, to the best of my knowledge, are true and correct, and I reserve the right to supplement my opinion. I present my opinions based on a reasonable degree of medical certainty. I give these opinions based on my attached curriculum vitae, my education, my work history, my experience and a review of all the scientific data.

DATED this 20th day of _August_, 20 21

_____
Signature

JAMIE K WASELENKO
Printed Name

## NOTARY ACKNOWLEDGMENT

State of _KY_                           )
                                        )   **(Seal)**
County of _Boyd_                        )

The foregoing instrument was acknowledged before me this 20 day of _August_, 20 21, by the undersigned, Jamie Weselenko who is personally known to me or satisfactorily proven to me to be the person whose name is subscribed to the within instrument.

_____
Signature

Lauren N. Keith

Notary Public

My Commission Expires: 3-12-25

OFFICIAL SEAL
LAUREN N. KEITH
NOTARY PUBLIC - KENTUCKY
STATE-AT-LARGE
My Comm. Expires March 12, 2025
ID # KYNP25486

17

*Curriculum Vitae*
# Jamie Kendrick Waselenko, MD, FACP

**Career Focus**: To use my 26 years of medical expertise to ensure that patients experiencing complex hematology and oncology illnesses receive the highest standard of care with compassion, professionalism and clinical excellence.

**Office Address**              Jamie K. Waselenko, MD, LLC
                                1773 Clough Pike
                                Batavia, OH 45103

## Education
Bachelor of Arts, Major in Biology                    June 1988
    Wayne State University
    Detroit, MI

Medical Degree                                        May 1992
    Uniformed Services University
    Bethesda, MD

## Honors
Phi Beta Kappa National Honor Society                 1988
Distinguished Military Graduate                       1991
Alpha Omega Alpha Medical Honor Society               1991
Resident Research Award                               1995
Top Oncologists in America                            2012

## Graduate Medical Education
Internal Medicine Internship                          July 1992-June 1993
    Walter Reed Army Medical Center
    Washington, D.C.

Internal Medicine Residency                           July 1993- June 1995
    Madigan Army Medical Center
    Tacoma, Washington

Hematology/Oncology Fellowship                        July 1995-June 1998
    Walter Reed Army Medical Center
    Washington, D.C.

Translational Research                                April 1997- June 1998
    Johns Hopkins Oncology
    Baltimore, MD

Bone Marrow Transplantation                           January1998- February 1998
    Johns Hopkins Oncology
    Baltimore, MD

**Military Training**

| | |
|---|---|
| Reserve Officer Training Corps (ROTC) | 1986-1988 |
| Officer Basic Course | 1992 |
| Operation Bushmaster (Equivalent to Combat Casualty Course) | 1992 |
| Officer Advance Course | 2001 |

**Military Service**

| | |
|---|---|
| Active duty, US Army | 1988- June 2005 |
|   Honorable discharge | |
|   Final grade: Lt. Colonel, Medical Corps | |

**Credentials**
*Certifications-*

| | |
|---|---|
| Diplomate, National Board of Medical Examiners | 1993 |
| Diplomate, American Board of Internal Medicine | Expires 2027 |
| Diplomate, American Board of Internal Medicine | |
|    *Medical Oncology* | Expires 2028 |
| Diplomate, American Board of Internal Medicine, | |
|    *Hematology* | Expires 2029 |
| Basic Cardiac Life Support (BCLS) | (See ACLS) |
| Advanced Cardiac Life Support (ACLS) | (Expires March 2022) |
| Advanced Trauma Life Support (ATLS) | 1991 |

*Medical Licensure-*

| | |
|---|---|
| Ohio | Active |
| Kentucky | Active |
| Texas | Active |
| Tennessee | Pending reactivation |
| Virginia | Pending reactivation |
| Maryland | Inactive |
| Michigan | Pending reactivation |

**Civilian Practice History**

| | |
|---|---|
|  Sarah Cannon Research Institute | July 2005-June 2007 |
| 250 25th Ave. N., Suite 110 | |
| Nashville, TN 37203 | |
| Phone (615) 329-7274 | |
| Fax: (615) 986- 0029 | |

| | |
|---|---|
| Cincinnati Hematology Oncology, Inc. | Aug. 2007- Feb. 2012 |
| 2727 Madison Rd., Suite 400 | |
| Cincinnati, OH 45209 | |
| August 2007-January 2012 | |

| | |
|---|---|
| The Christ Hospital Medical Specialists II, LLC | Feb. 2012-June 2021 |
| 4460 Red Bank Expressway, Ste 200 | |
| Cincinnati, OH 45227 | |
| (513) 321- 4333 | |

2

Jamie K. Waselenko, MD, LLC                    July 2021-present
Health care consulting
1773 Clough Pike, Bldg A.
Batavia, OH 45103
513-519-7149

**<u>Academic and Professional Appointments</u>**
Instructor, Department of Medicine                    1996-1998
Uniformed Services University of the
      Health Sciences,  Bethesda, MD

Assistant Professor, Department of Medicine           1998-October 2004
Uniformed Services University of the
      Health Sciences
Bethesda, MD

Assistant Professor, Department of Medicine           July 1999-May 2001
University of Texas Health Science Center
      At San Antonio
San Antonio, TX

Clinical Assistant Professor                          Sept. 2002-May 2004
Department of Medicine
University of Maryland Greenebaum Cancer Center
Staff, Stem Cell Transplant Service
Baltimore, MD

Associate Professor, Department of Medicine           Nov. 2004-June 2005
Uniformed Services University of the
      Health Sciences
Bethesda, MD

Hematopoietic Stem Cell Transplantation Service,      July 1998-Feb.2000
Assistant Director
Brooke Army Medical Center
San Antonio, TX

Hematopoietic Stem Cell Transplantation Service,      Feb. 2000-March 2001
Director
Brooke Army Medical Center
San Antonio, TX

Texas Transplant Institute                            Aug. 1999-May 2001
Staff, Stem Cell Transplant Service (Weekend Coverage)
Southwest Methodist Hospital
San Antonio, TX

Hematopoietic Stem Cell Transplantation Service       June 2001-Feb. 2004
Assistant Director
Walter Reed Army Medical Center

3

| | |
|---|---|
| Washington D.C. Hematopoietic Stem Cell Transplantation Service Co-Director Walter Reed Army Medical Center Washington D.C. | Feb. 2004-June 2004 |
| Center for the Development of Cancer Drugs and Therapeutics, Director Walter Reed Army Medical Center Washington, D.C. | June 2001-June 2004 |
| Hematology/Oncology Department Assistant Chief Walter Reed Army Medical Center Washington D.C. | May 2002-June 2004 |
| Armed Forces Radiobiology Research Institute Head, Military Medicine Department Bethesda, MD | July 2004-June 2005 |
| National Naval Medical Center Clinical Staff, Hematology/Oncology Bethesda, MD | July 2004-June 2005 |
| Sarah Cannon Blood and Marrow Transplant Program Clinical Director Nashville, TN | July 2005- July 2007 |
| Sarah Cannon Blood and Marrow Transplant Program Collection's Facility Medical Director Nashville, TN | July 2006- July 2007 |
| Sarah Cannon Research Institute Director, Hematologic Malignancy Research Nashville, TN | July 2005- August 2006 |
| Sarah Cannon Research Institute Director, Leukemia Research Nashville, TN | August 2006-July 2007 |
| Cincinnati Hematology-Oncology, Inc Vice President and Staff, Hematologist Oncólogist Cincinnati, OH | August 2007-Jan 2011 |
| The Christ Hospital Hematology oncology attending | July 2007-present |
| Jamie L. Waselenko, MD, LLC Hematology oncology consultant | July 2021- present |

4

**Peer Review Positions**

| | |
|---|---|
| Institutional Co-Principal Investigator PET, CALGB<br>Walter Reed Army Medical Center<br>Washington, DC | May 1997-June 1998 |
| Transfusion Practices Committee, Member<br>Brooke Army Medical Center, San Antonio, TX | July 1998-March 2001 |
| Quality Assurance Department Representative<br>Brooke Army Medical Center<br>San Antonio, TX | June 1999-March 2001 |
| Genitourinary Tumor Board, Member<br>Brooke Army Medical Center<br>San Antonio, TX | July 1998-June 2000 |
| Clinical Breast Cancer Project,<br>Steering Committee, Member<br>Walter Reed Army Medical Center | June 2001-June 2004 |
| Clinical Investigation Committee<br>Department Representative<br>Walter Reed Army Medical Center<br>Washington, D.C. | June 2001-June 2004 |
| Human Use Committee<br>Department Representative<br>Walter Reed Army Medical Center<br>Washington, D.C. | January 2002-June 2004 |
| Genitourinary Tumor Board,<br>Rotating Department Representative<br>Walter Reed Army Medical Center<br>Washington, D.C. | July 2001-June 2004 |
| General Surgery Tumor Board,<br>Rotating Department Representative<br>Walter Reed Army Medical Center<br>Washington, D.C. | July 2001-June 2004 |
| Breast Cancer Tumor Board,<br>Rotating Department Representative<br>Walter Reed Army Medical Center<br>Washington, D.C. | July 2001-June 2004 |
| Strategic National Stockpile Working Group for<br>Acute Radiation Syndrome, Panel Member | August 2002-July 2007 |
| Weekly Tumor Board<br>The Christ Hospital  Cincinnati, OH | July 2007- Present |

5

Blood Transfusion Committee, Member                     November 2007-Present
The Christ Hospital, Cincinnati, OH

Breast Tumor Board, Rotating Member                     July 2007- August 2010
St. Elizabeth South
Edgewood, Ky

Continuing Medical Education Committee, Member          Sept 2011-Jan. 2019
The Christ Hospital
Cincinnati, OH

Utilization Review Committee, Member                    Sept. 2014-Nov. 2014
The Christ Hospital
Cincinnati, OH

Breast Tumor Board, Rotating Member                     Sept. 2011- Present
The Christ Hospital
Cincinnati, OH

**Professional Memberships/Affiliations**
American College of Physicians, Fellow
American Society of Clinical Oncology, Member
American Society of Hematology, Member
American Society for Bone Marrow Transplantation, Member
Alpha Omega Alpha Medical Honor Society, Member
American Association of Blood Banks (AABB), Member
Ohio State Medical Association, Member

**Patents and Technology Licenses:**
Combination therapy for lymphoproliferative diseases. Byrd JC, Grever ME, Flinn IW, Waselenko JK.
Patent no. 6,316,435

**Publications**
**A. Abstracts:**
Medical Treatment for Radiation Casualties. Goans RE, Waselenko JK. NCRP Meeting 14 April, 2004,
Crystal City, VA

Morgan TM, Waselenko JK, Buda-Okreglak E, McGettigan C, Myhand. Relapse of Acute
Eosinophilic Leukemia(AEL) in a Female Patient with t(5;12)(q31;p13) and Negative TEL-PDGF
Receptor Beta during G-CSF Mobilization. Blood 102: 241b (Abstract 4686)

McGettigan C, Morgan T, Myhand R, Dutcher B, Waselenko J, Buda-Okreglak E. Rasburicase
Causing Rapid Decline of Uric Acid (UA) And Resolution of Acute Renal Failure (ARF) in a Patient
with Refractory Burkitt's Leukemia (BL) and Severe Tumor Lysis Syndrome (TLS). Blood 102: 261b
(Abstract 4770)

6

Belford AM, Myles O, Myhand RC, Wang J, Magill A, <u>Waselenko JK</u>. Thrombotic microangiopathy (TMA), encephalitis, and seizures due to human herpes virus-6 (HHV-6) reactivation in an adult receiving high-dose melphalan with autologous peripheral stem cell transplantation (ASCT). Biol Blood Marrow Transplant 9:112, 2003,(Abstract 157)**(Presented as a poster at the 2003IBMTR/ABMTR)**

The effect of glutamine on disease progression in multiple myeloma (MM) patients receiving high-dose melphalan. Crook J, <u>Waselenko JK</u>, Myhand RC. Biol Blood Marrow Transplant 9: 113, 2003, (Abstract 161)

Gorak E, <u>Waselenko JK</u>, Myhand RC. Frequent hepatic toxicity in breast cancer patients receiving infusional paclitaxel, cisplatin and cyclophosphamide (PCC) and autologous stem cell transplant (SCT). Blood 100: 433b, 2002, (Abstract 5304)

Myhand R, Gorak E, Mitchell L, Jamison PB, and <u>Waselenko JK</u>. Increased incidence of symptomatic catheter related pulmonary emboli (PE) related to change in catheter brand in patients receiving high dose chemotherapy with stem cell support (HDCT). Blood 100: 435b, 2002, (Abstract 5312)

<u>Waselenko JK</u>, Crook J, Murphy T, and Myhand R. Long-term survival in a patient with refractory primary mediastinal non-seminomatous germ cell tumor (MGCT) who failed tandem transplant and was subsequently salvaged with surgery, a third course of high-dose chemotherapy, and mediastinal irradiation. Blood 100: 480b, 2002, (Abstract 5504)

<u>Waselenko JK</u>, Burrows A, Lucas M, Ekstrand JR, Myhand RC, Edenfield WJ, Byrd JC. Low dose recombinant IL-2 following high-dose chemotherapy (HDC) and autologous peripheral blood stem cell transplantation (PBSCT) in patients with chronic lymphocytic leukemia (CLL), mantle cell lymphoma (MCL), and follicular lymphoma (FL). Blood 96: 350b, 2000, (Abstract 5268)

Byrd JC, Murphy T, Lucas MS, Howard RS, Goodrich A, Park K, Pearson M, Buj V, Grever MR, <u>Waselenko JK</u>, Flinn IW. Thrice weekly rituximab demonstrates significant activity in chronic lymphocytic leukemia. Blood 96: 837a, 2000 (Abstract 3615)

Byrd J.C., <u>Waselenko J.K.</u>, Shinn C.A., Willis C.R., Park K, Goodrich A., Lucas M.S., Grever M.R., Flinn I.W. Biologic study of theophylline followed by pentostatin and chlorambucil: Favorable activity concurrent with in vivo down-modulation of bcl-2 in chronic lymphocytic leukemia cells. Blood 96: 755a, 2000 (Abstract 3266)
**(Presented as a poster at the 2000 American Society of Hematology meeting)**

<u>Waselenko JK</u>, Caton J, Atkins MY, Vukelja S, Coleman TA, Myhand R. Salvage chemotherapy significantly prolongs survival in patients with breast cancer who relapse after high-dose chemotherapy (HDC). Blood 94: 353a, 1999 (Abstract 1572) **(Presented as a poster at the 1999 American Society of Hematology meeting)**

Byrd JC, Grever MR, Davis B, Lucas MS, Park K, Goodrich A, Morrison C, Murphy T, Kunkel L, Grillo-Lopez A, <u>Waselenko JK</u>, Flinn IW. Phase I/II study of thrice weekly rituximab in chronic lymphocytic leukemia/small lymphocytic lymphoma: A feasible and active regimen. Blood 94: 704a, 1999 (Abstract 3114) **(Presented as an oral presentation at the 1999 American Society of Hematology meeting)**

7

Byrd JC, Willis CR, Waselenko JK, Park K, Goodrich A, Morrison C, Lucas MS, Shinn C, Diehl LF, Grever MR, Flinn IW. Theophylline, pentostatin, and chlorambucil: A dose escalation study to modulate intrinsic resistance mechanisms in patients with relapsed lymphoproliferative disorders. Blood 94: 308b, 1999 (Abstract 4602)

Myhand R., Waselenko J, Coleman T, Waddell JA, Caton J. Post-transplant relapse salvage chemotherapy with vinblastine, mitoxantrone, thiotepa, and halotestine (VMTH) in patients with metastatic breast cancer. Blood 94: 403b, 1999 (Abstract 5029)

Myhand R., Waselenko J, Lewis E, Reeb B, Babior B. Refrigerated stem cells stored in modified fluid gelatin (MFG) support durable engraftment in patients with breast cancer receiving high-dose chemotherapy (HDC). Blood 94: 359b, 1999 (Abstract 4831)

Myhand R., Coleman T, Atkins M., Waselenko J, Preston G, Vukelja S. Tandem transplant with melphalan is inferior to tandem transplant with cyclophosphamide, etoposide, etoposide, and carboplatin (CEC) in patients with metastatic breast cancer. (Proc Am Soc Clin Oncol 18: 63a, 1999 (Abstract 237)

Prieto R., Waselenko J.K., Johnson T.R., Olivere J.W., Natarajan S., Byrd J.C. Epstein barr virus (EBV) associated primary central nervous system lymphoma (PCNSL) arising in a patient after fludarabine and corticosteroid treatment. Blood 92: 228b, 1998 (Abstract 3980)

Byrd J.C., Waselenko J.K., Maneatis T.A., Ward F. T., Weickum R., White C.A. Rituximab therapy in hematologic malignancy patients with circulating blood tumors: Associated with increased infusion related side effects and rapid tumor lysis. Blood 92: 106a, 1998 (Abstract 432) **(Presented as a poster at the 1998 American Society of Hematology meeting)**

Myhand R, Vulkelja S, Coleman T, Waselenko J, Deleon M, Caton J. Infusional paclitaxel induces rapid liver transaminase elevations in patients with metastatic breast cancer receiving paclitaxel, cisplatin, and cyclophosphamide (PCC) with autologous peripheral blood stem cell support. Blood 92: 275a, 1998 (Abstract 1129) **(Presented as a poster at the 1998 American Society of Hematology meeting)**

Waselenko J.K., Grever M.R., Shinn C.A., Flinn I.W., Diehl L.F., Byrd J.C. Gemcitabine demonstrates significant in vitro activity in heavily pre-treated B-cell chronic lymphocytic leukemia (B-CLL). Blood 90: 310b, 1997. (Abstract 4148)

Waselenko J.K., Przygodzki R., Grever M.R., Shinn C.A., Byrd J.C. Flavopiridol, UCN-01 FR901228, and Gemcitabine have significant in *vitro* activity in *de novo* B-cell prolymphocytic leukemia with aberrant p53 function. Blood 90: 532a, 1997. (Abstract 2369)
**(Presented as a poster at the 1997 American Society of Hematology meeting)**

Waselenko J.K., Byrd J.C., Shinn C.A., Flinn I.W., Diehl L.F., Sausville E., Grever M.R. Flavopiridol has marked in vitro activity against the K-562 cell line and human acute leukemia cells. Blood 90: 249b, 1997. (Abstract 3858)

Waselenko J.K., Byrd J.C., Shinn C.A., Flinn I.W., Diehl L.F., Sausville E., Grever M.R. Carboxyamido-triazole (CAI), a signal transduction inhibitor, demonstrates marginal activity against human B-chronic lymphocytic leukemia *in vitro*. Blood 90: 310b, 1997. (Abstract 4147)

8

Byrd J.C., <u>Waselenko J.K.</u>, Shinn C.A., Bedi A.,  Flinn I.W., Diehl L.F., Sausville E., Grever M.R. FR901228, a novel bicyclic depsipeptide, has significant in vitro activity against human B-chronic lymphocytic leukemia (B-CLL). Blood 90: 532a, 1997.  (Abstract 2367) **(Presented as a poster at the 1997 American Society of Hematology meeting)**

Byrd J.C., <u>Waselenko J.K.</u>, Shinn C.A., Miller C., Gore S., Sausville E., Grever M.R. FR901228, a novel antitumor bicyclic depsipeptide, has marked in vitro activity in both the K-562 cell line and human acute leukemia cells. Blood 90: 238b, 1997.  (Abstract 3810)

Byrd J.C., Shinn C.A., Bedi A., <u>Waselenko J.K.</u>, Fuchs E, Flinn I.W., Diehl L.F., Sausville E., Grever M.R.  Flavopiridol has marked in vitro activity against human B-chronic lymphocytic leukemia (B-CLL) and induces apoptosis independent of p53. Blood 90: 531a, 1997.  (Abstract 2366) **(Presented as a poster at the 1997 American Society of Hematology meeting and at the 1997 American College of Physicians (ACP), Army Chapter meeting, Hematology Section)**

Byrd J.C., Shinn C.A., Bedi A., <u>Waselenko J.K.</u>, Flinn I.W., Diehl L.F., Sausville E., Grever M.R. UCN-01: A promising new agent for B-cell chronic lymphocytic leukemia (B-CLL) that induces apoptosis independent of p53 status. Blood 90: 306b, 1997.  (Abstract 4125)

Byrd J.C., <u>Waselenko J.K.</u>, Shinn C.A., Flinn I.W., Diehl L.F., Grever M.R. Interleukin-4 induces resistance to F-ara-A and UCN-01 but not Flavopiridol in a BCL-2 independent manner. Blood 90: 532a, 1997.  (Abstract 2368) **(Presented as a poster at the 1997 American Society of Hematology meeting)**

Shinn C.A., Byrd J.C., <u>Waselenko J.K.</u>, Sausville E., Miller C., Gore S., Grever M.R. UCN-01 has significant in vitro activity in both the resistant K562 and human acute leukemia cells. Blood 90: 246b, 1997.  (Abstract 3848)

<u>Poster Presentations:</u> Noted in abstract section.
**B. Journal articles:**
Weisdorf D, Chao N, <u>Waselenko JK</u>, Dainiak N, Armitage JO, McNiece I, Confer D. Acute radiation injury: contingency planning for triage, supportive care, and transplantation. Biol Blood Marrow Transplant. 12:672-82, 2006

<u>Waselenko J.K.</u>, Flinn I.W., Reese A, Lucas M, Park K, Goodrich A, Shinn C.A., Willis C.R., Morrison C, Diehl LF, Grever M.R, Byrd J.C. A phase I/II study targeting intrinsic biologic resistance factors employing theophylline, pentostatin, and chlorambucil in patients with relapsed lymphoproliferative disorders. Ann Hematol. 85:301-7, 2006

Goans RE, <u>Waselenko JK</u>. Medical Management of Radiological Casualties, NCRP Annual Meeting 2004. Health Phys. 89:505-12, 2005

Jackson, WL jr., Gallagher C, Myhand RC, <u>Waselenko JK</u>.  Medical Management of Multiple System Organ Dysfunction Arising in Patients with Acute Radiation Injury. BJR Suppl. 27:161-8, 2005

<u>Waselenko JK</u>, MacVittie TJ, Blakely WF, Pesik N, Wiley A, Dickerson WE, Tsu H, Confer DL, Coleman CN, Armitage JO, Dainiak N. Medical management of the acute radiation syndrome: recommendations of the Strategic National Stockpile Working Group. Ann Intern Med.140: 1037-1051, 2004

9

Belford AM, Myles O, Myhand RC, Wang J, Magill A, Waselenko JK. Thrombotic Microangiopathy (TMA) and Stroke Due to Human Herpesvirus-6 (HHV-6) Reactivation in an Adult Receiving High-dose Melphalan with Autologous Peripheral Stem Cell Transplantation. Am J Hematol76:156-162, 2004 Dainiak N., Waselenko, J.K., Armitage J.O., MacVittie T, Faress AM. The hematologist and radiation casualties. Hematology 2003 (Am Soc Hematol Ed Prog Book): 473-496.

Waselenko JK, Burrows A, Nelson DA, Lucas M, Ekstrand J, Edenfield WJ, Myhand RC. Post-transplant interleukin 2 (IL2) in patients with low-grade lymphoid neoplasms previously treated with fludarabine associated with increased hematologic toxicity. Ann Hematol. 82: 552-557, 2003

Waselenko J.K., Shinn C.A., Willis C.R., Flinn I.W., Grever M.R., Byrd J.C. Carboxyamido-triazole (CAI), a novel static signal transduction inhibitor induces apoptosis in human B-chronic lymphocytic leukemia cells. Leuk Lymphoma 42: 1049-1053, 2001

Byrd J.C., Murphy T., Howard R.S., Lucas M.S., Goodrich A., Park K., Pearson M., Buj V., Waselenko J.K., Ling G, Grever M., Kunkel L., Flinn I.W. Rituximab administered using a thrice weekly dosing schedule in B-cell chronic lymphocytic leukemia and small lymphocytic lymphoma demonstrates significant activity. J Clin Oncol 19: 2153-64, 2001

Waselenko J.K., Grever M.R., Shinn C.A., Flinn I.W., Byrd J.C. Gemcitabine demonstrates selective in vitro activity in human B-cell chronic lymphocytic leukemia. Leuk Res 25: 435-40, 2001

Byrd J.C., Waselenko J.K., Keating M., Rai K., Grever M.R. Novel therapies for chronic lymphocytic leukemia in the 21st century. Semin Oncol 27:587-597, 2000

Waselenko J.K., Grever M.R , Beer M, Lucas M,., Byrd J.C. Pentostatin (Nipent) and chlorambucil with GM-CSF support for patients with previously untreated, treated, and fludarabine-refractory B-cell chronic lymphocytic leukemia. Semin Oncol 27 (Suppl 5): 44-51, 2000

Byrd J.C., Grever, M.R., Waselenko J.K., Willis C.R. Park K, Goodrich A, Lucas M.A. Shinn C, Flinn I.W. Theophylline, pentostatin, (Nipent), and chlorambucil: A dose-escalation study targeting intrinsic biologic resistance mechanisms in patients with relapsed lymphoproliferative disorders. Semin Oncol 27 (Suppl 5): 37-40, 2000

Byrd J.C., Shinn C.A., Raji R., Willis C.R., Waselenko J.K., Flinn I.W., Dawson N.A., Grever M.R. Depsipeptide (FR901228): A novel therapeutic agent with selective, in vitro activity against human B-chronic lymphocytic leukemia cells. Blood 94: 1401-8, 1999

Byrd J.C., Waselenko J.K., Maneatis T.A., Ward F. T., Weickum R., White C.A. Rituximab therapy in hematologic malignancy patients with circulating blood tumors: An association with increased infusion related side effects and rapid tumor lysis. J Clin Oncol 17: 791-795, 1999

Byrd J.C., Shinn C.A., Bedi A., Waselenko J.K., Fuchs E.J., Lehman T., Nguyen P., Flinn I.W., Diehl L.F., Sausville E., Grever M.R. Flavopiridol induces apoptosis in chronic lymphocytic leukemia cells via activation of caspase-3 without evidence of bcl-2 modulation or dependence upon functional p53. Blood 92: 3804-3816, 1998.

Waselenko J.K., Nace M.C., Alving B.A. Women with thrombophilia: Assessing the risks for thrombosis with oral contraceptives or hormone replacement therapy. Seminars in Thrombosis and Haemostasis 24 (Suppl 1): 33-39, 1998

10

Tuttle R.M., <u>Waselenko J.K.</u>, Yoseffi P, Weigand N, Martin R.K.  Preservation of nucleic acids for PCR after prolonged storage at room temperature.Diagn Mol Pathol 7: 302-9, 1998.
<u>Waselenko J.K.</u>, Flynn J.M., Byrd J.C. Stem cell transplantation in chronic lymphocytic leukemia: The time to design randomized studies has arrived.  Semin Oncol 26: 48-61, 1998

Kenner J.R., Sperling L.C., <u>Waselenko J.</u>, Dawson N., Sau P., Moul J.W.  Suramin Keratosis: A unique skin eruption in a patient receiving suramin for metastatic prostate cancer.  J Urol 158: 2245-2246, 1997.

<u>Waselenko J.K.</u>, Dawson N.A. Management of Progressive Metastatic Prostate Cancer. Oncology 11:1551-60, 1997.

**D. Continuing Medical Education Contributions**
**Rush University/USUHS CME Module:** Bioterrorism Preparedness Series:  Medical Management of a Victim of a Radiological Dispersal Device "Dirty Bomb".  <u>Waselenko JK</u>, Goans, RE.

***UpToDate***:
I. Dainiak N, <u>Waselenko JK</u>**.** Biology and clinical features of radiation injury in adults
II.<u>Waselenko</u> JK, Armitage JO, Dainiak N. Treatment of radiation injury in the adult

<u>Teaching Experience</u>
**Supervisory Teaching-**
    **Direct Supervision**
    **Medical Students**
    Internal Medicine Preceptor, Wilford Hall Medical Center, May-June 1999.
    Internal Medicine Attending, Walter Reed Army Medical Center, July-August 2001
    ICM III-Physical Exam Preceptor March-April 2002
    Internal Medicine Clerkship Preceptor September-October 2002
    ICM III-Physical Exam Sim. Center Jan.-Feb. 2004
    ICM III-Physical Exam Sim. Center Feb-March 2004

    **Residents and Fellows**
    Internal Medicine Outpatient Clinic Preceptor (Hematology/Oncology Clinic), Walter Reed Army Medical Center, November 2001.
    Internal Medicine Outpatient Clinic Preceptor (Hematology/Oncology Clinic), Walter Reed Army Medical Center, Feb-March 2002.

    ***Walter Reed Army Medical Center, Fellow's Clinic Mentor:***
    Dr Jasmine Daniels (July-August 2001)
    Dr Edward Gorak (August –November 2001)
    Dr Jeremy Perkins (February 2002-March 2002)
    Dr Amy Belford (April 2002-June 2002)
    Dr Jennifer Crook (Sept. 2002-December 2002)
    Dr Brendan Weiss (Jan 03-June 2003)
    Dr Jeremy Perkins (Jan 03-June 2003)
    Dr Tanya Morgan (July 03-December 2003)
    Dr David Van Echo (July 03-December 2003)
    Dr Christopher Gallagher (Jan. 2004-April 2004)

11

Dr. Colleen McGettigan (Jan. 2004-June 2004)
Dr. Gauri Alvarez (March 2004-June 2004)

## *Brooke Army Medical Center, Fellow's Clinic Mentor:*
Dr. Douglas Nelson (July 1999-December 1999; July 2000-December 2000)
Dr. Samuel Wood (January 2000-June 2000; January 2001-March 2001)
Dr. Garry Schwartz (January 1999-June 1999)
Dr. Patrick Williams (July 1998-December 1998)

## Conferences, Lectures, and Symposia

### *National or International Conferences/Symposia:*

Invited Lecturer, ASCO Investigator's Meeting, Atlanta, GA, May 1999. **"A phase II multicenter study of pentostatin and chlorambucil with cytokine support in patients with previously untreated, treated, and fludarabine-refractory chronic lymphocytic leukemia (CLL)"**

Invited Lecturer, Advanced Research Workshop on "Radiation-Induced Multi-Organ Involvement and Failure: A Challenge for Pathogenic, Diagnostic, and Therapeutic Approaches and Research" at the Science Conference Center Schloss Reisenburg of the University of Ulm, November 15, 2003. **"Medical Approach to Therapy of the Radiation Victim with Combined Injuries and Multiple Organ Dysfunction"**

Invited Lecturer, Radiation and the Hematologist, Education Session, 6&7 December 2003, San Diego, CA. **"Medical Management of the Hematopoietic Syndrome"**

Invited Lecturer,. American Society of Clinical Oncology Annual Meeting, Chicago, IL. Expert opinion session, 2&3 June 2003, on **"Hematologic Consequences of Nuclear Terrorism"**

Invited Lecturer, Interorganizational Meeting on Radiological/Nuclear Mass Casualty Preparedness, ASH, San Diego, CA, 6 December 2004. **"Medical Management of Mass Radiological Casualties with Hematopoietic Syndrome Consequent to Nuclear Terrorism"**

Invited Lecturer, ASBMT/CIBMTR, Tandem Transplant Meeting, Concurrent session on NMDP contingency planning for the community, Keystone, CO, 10 February 2005. **"Acute Radiation Syndrome: The Role of the Transplant Physician"**

Invited Lecturer, AABB Audioconference: Contingency Planning-Protocol for the Management of Radiation Victims, 29 March 2006. **"Radiation Injury Consequent to Nuclear Terrorism"**

Invited Lecturer, AABB Annual Meeting, Radiation Injury and Countermeasures, Miami, FL. 24 October 2006 — **"Health Care Response to a Radiation Incident: A Nation's Challenge"**

Invited Lecturer, Radiation Research Society Annual Meeting, Philadelphia, PA. 5-6 November 2006 — **"Medical Management Of Hematopoietic Syndrome: A Nation's Challenge"**

*Seminar Invitations:*

Invited Lecturer, 1999 Rituxan Investigator's Meeting, Seattle, WA, August 1999. **"Rituxan in Hematologic Malignancy with Circulating Blood Tumor Cells."**

Invited Lecturer, 2000 Supergen Advisory Meeting, Scottsdale, AZ, January 14, 2000. **"N816: A phase II multicenter study of pentostatin and chlorambucil with cytokine support in patients with previously untreated, treated, and fludarabine-refractory chronic lymphocytic leukemia (CLL): January 2000 Update."**

Invited Lecturer, Texas Oncology Protocol Meeting, Dallas, TX, May 9, 2000. **" Chronic Lymphocytic Leukemia: The Quest for Survival Prolongation."**

Invited Lecturer, 2000 Supergen Advisory Meeting, Laguna Beach, CA, August 11, 2000 **" A phase II multicenter study of pentostatin and chlorambucil with cytokine support in patients with previously untreated, treated, and fludarabine-refractory chronic lymphocytic leukemia (CLL): N816 Update."**

Invited Lecturer, Sammons Cancer Center, Baylor University, September 14, 2000. **" Chronic Lymphocytic Leukemia: The Quest for Survival Prolongation."**

Invited Lecturer, U.S. Oncology Network educational meeting, titled **"Recent Advances in the treatment of leukemias, lymphomas, and other hematological malignancies",** Phoenix, AZ, October 21, 2000. "Purine Analogue Combinations in Chronic Lymphocytic Leukemia: A Historical Perspective."

Invited Lecturer, Strategic National Stockpile Working Group Conference, III, January 22, 2003. **"The role of cytokines in treatment-related neutropenia."** AFRRI, Bethesda, MD

Invited Lecturer, Strategic National Stockpile Working Group Conference, IV. May 14, 2003. "**Arriving at a treatment consensus for patients with acute radiation syndrome (ARS)- An overview and working group discussion."** AFRRI, Bethesda, MD

Invited Lecturer, Strategic National Stockpile Working Group *subcommittee meeting* on the medical management of high-risk neutropenia in adults and children arising from acute radiation syndrome AFRRI, Bethesda, MD, 23 February 2005. **"Hematopoietic Syndrome Consequent to Nuclear Terrorism: Rationale and Recommendations by Strategic National Stockpile Working Group"**

Keynote Speaker, Responding to Hematologic Toxicity from a Nuclear Detonation Event, Memorial Sloan Kettering, 28 April 2006. **"Medical Management of Acute Radiation Syndrome"**

*Institutional Educational Lectures(including Grand Rounds):*

Invited Lecturer, Brooke Army Medical Center, Internal Medicine Conference, December 1998. **"Hematopoietic Stem Cell Transplantation."**

Invited Lecturer, Brooke Army Medical Center, Fellow Conference, June 1999. **"Thalassemia Syndromes 101: Back to The Basics."**

13

Invited Lecturer, Brooke Army Medical Center, Internal Medicine Conference, December 2000. **"Hematopoietic Stem Cell Transplantation: A Primer."**

Invited Lecturer, Walter Reed Army Medical Center. Fellow's Morning Conference, September 20, 2002. **"Hematopoietic Stem Cell Transplantation: An Overview and Orientation."** Invited Lecturer, Walter Reed Army Medical Center, internal medicine resident's noon conference, March 20, 2003. **"On oncologic emergencies: The role of the internist".**

Invited Lecturer,. Walter Reed Army Medical Center Grand Rounds, September 12, 2003. **"Hematologic Consequences of Acute Radiation: Medical Management Proposed by the Strategic National Stockpile Working Group"**

Invited Lecturer, Armed Forces Radiology Research Institute/USUHS Medical Effects of Ionizing Radiation course, 4 August 2004. **"Medical Management of the Hematopoietic Syndrome"**

Invited Lecturer, Centennial Medical Center Nursing Conference, 7 September 2005, **"Acute Myelogenous Leukemia Management."**

Invited Lecturer, Tennessee Oncology Education Conference, 7 February 2006. **"The Role of Stem Cell Transplantation in the Management of Acute Myelogenous Leukemia in First Complete Remission"**

Invited Lecturer, The Christ Hospital, Resident's Conference, March 2008, September 2008, March 2010, March 2011 **"Paraneoplastic Syndromes"**

Invited Lecturer, The Christ Hospital, Resident's Conference, November 2009, October 2014. **"A Practical Approach to Anemia"**

Invited Lecturer, The Christ Hospital, Resident's Conference, May 2013. **"Management of Acute Leukemia"**

Invited Lecturer, The Christ Hospital, Resident's Conference, October 2013. **"Lymphadenopathy: When to wait and when to refer"**

*Presentations at State or Local Conferences:*
Invited Lecturer, City-Wide Bone Marrow Transplant Conference, Brooke Army Medical Center, January 28, 1999. **"The Optimal Timing of And The Role of Colony Stimulating Factors in The Restoration of Hematopoiesis Post-Transplant."**

Invited Lecturer, City-Wide Bone Marrow Transplant Conference, Brooke Army Medical Center, February 28, 1999. **"Battle Strategies in Critically Ill Stem Cell Transplant Patients: Knowing When to Retreat."**

Invited Lecturer, City-Wide Bone Marrow Transplant Conference, Brooke Army Medical Center, July 22, 1999. **"Campath 1H Antibodies: An Overview And Update of Its Role in Stem Cell Transplantation."**

Invited Lecturer, City-Wide Bone Marrow Transplant Conference, University of Texas at San

14

Antonio, November 18, 1999. **"Post-transplant relapse survival and subsequent therapy in patients with breast cancer ."**

Invited Lecturer, City-Wide Bone Marrow Transplant Conference, University of Texas at San Antonio, January 20, 2000. **"IL-2 After Autologous Stem Cell Transplant in Low-Grade Lymphoma."**

Invited Lecturer, City-Wide Bone Marrow Transplant Conference, University of Texas at San Antonio, March 2, 2000. **"Primary refractory myeloma: Evidence based management in high-dose chemotherapy."**

Invited Lecturer, City-Wide Bone Marrow Transplant Conference, University of Texas at San Antonio, October 19, 2000. **"An Update on Mucosal Barrier Injury Encountered in High-Dose Chemotherapy And Its Management."**

Invited Lecturer, Oncology Grand Rounds, University of Nebraska, February 2000. **"Chronic Lymphocytic Leukemia: Where are we going? Where have we been?"**

Invited Lecturer, Rush Presbyterian, Chicago, IL. Noon Conference, October 17, 2001. **"Hematologic Complications Encountered in Chronic Lymphocytic Leukemia: An Overview"**

Invited Lecturer, Cook County Hospital, Chicago IL. Noon Conference October 18, 2001. **"Purine Analogue Combinations in CLL: Important Treatment Advances"**

Invited Lecturer, University of Illinois, Hematology Conference, October 18, 2001. **"Hematologic Complications Encountered in Chronic Lymphocytic Leukemia: An Overview"**

Invited Lecturer, University of Connecticut University Health Center, Farmington, CT, 10 August 2004. *Radiation and Preparedness for the Public Health and Hospital Workforce* Workshop, **"Management of Victims of a Mass Casualty Radiation Event."**

Invited Lecturer, Suburban Hospital, Bethesda, MD, Grand Rounds, 12 November 2004. **"Medical Management of the Hematopoietic Syndrome"**

Invited Lecturer, U.S. Food and Drug Administration, Office of Counter-Terrorism, Rockville, MD, 15 November 2004. **"Medical Management of the Hematopoietic Syndrome Consequent to Nuclear Terrorism"**

Invited Lecturer, Holy Name Hospital, Teaneck, NJ, Grand Rounds, 30 November 2004. **"Recent Advances in Clinical Aspects and Treatment of Chronic Lymphocytic Leukemia."**

Invited Lecturer, Annual Tri-State Chapter Blood Cancer Conference- Leukemia Lymphoma Society, Great Wolf Lodge, Mason, OH, April 2014. **"Treatment Updates in Hodgkin's Lymphoma."**

Invited Lecturer, Annual Tri-State Chapter Blood Cancer Conference- Leukemia Lymphoma Society, March 14, 2015. **"Treatment Update In Leukemia."**