# EXHIBIT 14


## St. Elizabeth
PHYSICIANS

## Policy and/or Procedure: COVID-19 Vaccination for Employees and Providers

Policy No.: SEP Operations – 086

Approved by: Chief Operating Officer
Responsible Party: Jacob Bast, COO

X _____

Originated: 08/05/2021
Revised:
Reviewed:

**PURPOSE:** Consistent with its duty to provide and maintain a workplace that is free of recognized hazards, St. Elizabeth Physicians has adopted a Required COVID-19 Vaccination Policy for Associates. This policy is intended to assist our community in becoming the healthiest in America and to safeguard the health and well-being of associates, our patients, visitors, and others who spend time in our facilities. This policy complies with all state and local laws and is based upon guidance provided by the Centers for Disease Control and Prevention (CDC).

**POLICY:** St. Elizabeth Physicians will take measures to prevent transmission of the COVID-19 virus through the vaccination of our providers and associates.

**GENERAL GUIDELINES:** This policy provides guidelines and procedures for required COVID-19 vaccination compliance. This policy applies to all individuals employed by St. Elizabeth Physicians and includes associates, physicians, providers, students, and contractors in patient care settings in all locations. For purposes of this policy, all persons affected shall be referred to as "associates." This policy does not apply to patients or visitors.

**PROCEDURE**

A. All associates are required to either receive a COVID-19 vaccine or submit a request for a medical exemption or exemption for sincerely-held religious beliefs by the deadlines established by St. Elizabeth Physicians.

B. The deadline for an associate's completion of the COVID-19 vaccine is October 1, 2021. On or before this date, all associates must either: (a) accurately and truthfully report the date of the completed vaccination (i.e., receipt of second dose in a 2-dose series vaccine such as Pfizer or Moderna, or receipt of a single-dose vaccine, such as Johnson & Johnson) to Employee Health or (b) obtain an approved vaccine exemption (with specification of any reasonable accommodation if applicable and available). Associates who receive the vaccination outside of St. Elizabeth will be required to submit official documentation (CDC Vaccination Card) of the vaccine to their supervisor for record keeping in the Employee Health department. Such documentation will not be used to make employment decisions. Associates should <u>not</u> provide their supervisors with any medical information as part of proof of vaccination status. Compliance under this policy may require recurrent vaccinations or boosters on a recurrent basis consistent with U.S. Food and Drug Administration and CDC recommendations.

C. Failure to comply with the required COVID-19 vaccination policy without an accepted exemption may result in termination for associates, physicians, providers, and exclusion from St. Elizabeth Physicians facilities for students and contractors in patient care settings. New hires will be informed of the required nature of the COVID-19 vaccination and will be vaccinated as appropriate. Individuals receiving offers of employment from St. Elizabeth Physicians who do not timely comply with this policy will have their offer of employment rescinded.

D. St. Elizabeth Physicians will assist associates by providing on-site access to vaccinations, when possible. If requested and subject to department scheduling requirements, associates shall be provided release with pay from their scheduled work time (for up to four hours) to obtain a vaccination.

1


**St. Elizabeth**
PHYSICIANS

## Policy and/or Procedure: COVID-19 Vaccination for Employees and Providers

Policy No.: SEP Operations – 086

**REQUEST FOR VACCINE EXEMPTION AND ACCOMMODATION**

A. To assist any associate who has either: (a) an underlying medical condition or disability that contraindicates administration of the COVID-19 vaccine; or (b) an objection based upon a sincerely-held religious belief, practice, or observance, St. Elizabeth Physicians will provide exemption from the vaccination requirement and engage in an interactive process to determine if a reasonable accommodation can be provided so long as it does not create an undue hardship for St. Elizabeth Physicians and/or does not pose a direct threat to the health or safety of others in the workplace and/or to the associate.

B. Associates who wish to be exempted for medical or sincerely-held religious reasons must complete an appropriate exclusion form and return it to Employee Health for review. For medical exemptions, associates must provide required information by completing the "St. Elizabeth COVID Vaccination Medical Exemption Statement" form. For sincerely-held religious exemptions, associates must complete an "Employee Health Immunization Religious Declination." All exemptions must be received by Employee Health prior to the end of business on September 15, 2021. Exemption forms may be requested directly from Employee Health.

C. After receipt of an associate's request for exemption, St. Elizabeth Physicians will review each request for a medical or sincerely-held religious exemption and will make a determination expeditiously and in a fair and non-discriminatory manner on a case-by-case basis. St. Elizabeth Physicians will engage in an interactive process with the associate to clarify the nature of the request, determine exemption eligibility and identify potential reasonable accommodations (with assistance from the associate's supervisor and Human Resources business partner where appropriate). Exemptions are not guaranteed. Accommodations will be granted where they do not create an undue burden on St. Elizabeth Physicians' operations. Such accommodations might include, among others, requiring unvaccinated staff to wear masks, requiring unvaccinated staff to socially distance, reassigning unvaccinated staff to other roles if doing so does not create an undue burden to St. Elizabeth's operations, and periodic testing of unvaccinated staff.

D. Personal or philosophical reasons for not receiving the COVID vaccine will not be granted.

**LEADER RESPONSIBILITIES**

Leaders are expected to monitor their direct reports' COVID-19 vaccination compliance and to encourage associate participation. Leaders are responsible for ensuing compliance by the designated deadline. Leaders are required to review compliance reports for associates who have a vaccine waiver and to enforce any reasonable accommodations related to vaccine exemptions.

**NON-RETALIATION**

St. Elizabeth Physicians prohibits any form of discipline, intimidation, or retaliation for reporting a violation of this policy or any other health or safety concern. Associates have the right to report work-related injuries and illnesses, and St. Elizabeth Physicians will not discharge or discriminate or otherwise retaliate against associates for reporting work-related injuries or illnesses or good faith health and safety concerns.

**St. Elizabeth Physicians reserves the right to modify this policy and procedure at any time. Any exceptions must have the approval of the President/CEO or designee and be coordinated through the Operations Department.**



# COVER SHEET
## Policy and/or Procedure: COVID-19 Vaccination for Employees and Providers

Policy No.: SEP Operations – 086

**PURPOSE:** Consistent with its duty to provide and maintain a workplace that is free of recognized hazards, St. Elizabeth Physicians has adopted a Required COVID-19 Vaccination Policy for Associates. This policy is intended to assist our community in becoming the healthiest in America and to safeguard the health and well-being of associates, our patients, visitors, and others who spend time in our facilities. This policy complies with all state and local laws and is based upon guidance provided by the Centers for Disease Control and Prevention (CDC).

**NEW OR UPDATED POLICY:** New

**POLICY HIGHLIGHTS:**
- Procedure
- Request for Exemption and Accommodation
- Leader Responsibilities
- Non-Retaliation

*Please review the policy in full to be informed of complete details.*

1