UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

CIVIL ACTION NO. 2:21CV105(WOB)

CHRISTY BECKRICH, ET AL.                                    PLAINTIFFS

VS.                             ORDER

SAINT ELIZABETH MEDICAL
CENTER, INC., ET AL.                                        DEFENDANT

    This matter is before the Court on review of plaintiffs' complaint, and the Court being advised,

    **IT IS ORDERED** that the undersigned hereby **RECUSES** and this matter shall be reassigned to the **Honorable David L. Bunning**.

    This 3rd day of September 2021.



Signed By:
William O. Bertelsman
United States District Judge