## AFFIDAVIT OF REBECCA BRAUNWART, RN
## ST. ELIZABETH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am a registered nurse at St. Elizabeth in Edgewood and have been employed with St. Elizabeth for more than two years.

2. I am Catholic. My religious exemption would be based on not wanting a vaccine from aborted fetal cells and/or a vaccine that could permanently threaten my fertility.

3. I was tested positive with COVID 19 in March of 2021. I believe my natural antibodies along with wearing masks, handwashing, and other practices can protect me from carrying or spreading the virus, as an alternative to the vaccine.

4. I am also a breastfeeding mother.

5. I do not believe St. Elizabeth would allow me to have a medical exemption based on me breastfeeding because they are not allowing a lot of pregnant employees to even postpone the vaccine.

6. To confirm this belief, I attempted to obtain a medical exemption on the basis of breastfeeding by messaging my St. Elizabeth primary care provider, Amanda Gastright, APRN, via MyChart on September 2, 2021. I stated I do not feel comfortable receiving this vaccine while breastfeeding. I received a response from "Medical Assistant, Olivia" stating "You would need to get this exemption from your OBGYN if they see fit. We are not writing exemptions for the vaccine. From there I messaged Allison Marie Forbes, CNM via MyChart on September 3rd. I received a reply from "Nurse Lindsey," stating "we will not be issuing medical exemptions to vaccination for the diagnosis of pregnancy



or breastfeeding." I will send via email screenshots of these messages to The Deters

Lawfirm for their records.

Further, Affiant Sayeth Naught.

*Rebecca Braumwatt*

### NOTARY

Sworn to and subscribed before me, by _Rebecca Braumwatt_ 3rd day of
Sept ___ 2021.

TPH S916052

SUSAN POLLARD
Notary Public
Kentucky – State at Large
My Commission Expires Feb 26, 2022

_Susan Pollard_
Notary Public
My Comm. Exp. _Feb 26, 2022_
_Campbell_ County
State of _Kentucky_

### AFFIDAVIT OF STEVEN CERISE
### ST. ELIZABETH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am in the Paramedic Program at Gateway Community & Technical College and do my clinicals at St. Elizabeth.

2. My livelihood and career are being threatened for not wanting to receive the SARS-CoV-2 aka COVID-19 vaccine.

3. I submitted my religious exemption with a letter from my pastor to my school. They were still waiting for St. Elizabeth to give them a process/pathway to submit student exemptions.

4. Gateway then forwarded my religious exemption to St. Elizabeth, and they denied it.

5. I received an email stating that, we have not been given the opportunity for students to exempt vaccination for COVID-19 per our clinical partners for the Paramedic Program. I am gathering the details of your exemption request; in case our clinical partners determine an alternative plan."

   "Again, at this time no exemption are being allowed per our clinical facilities."

Further, Affiant Sayeth Naught.

_____
STEVEN CERISE

NOTARY

Sworn to and subscribed before me, by _Steven Cerise_ this _2_ day of
_September_ 2021.

JENNIFER SCHMUELLING
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires June 2, 2026

_____
Notary Public
My Comm. Exp. _June 2, 2026_

_Hamilton_ County

State of _Ohio_

### AFFIDAVIT OF SANDY COX
### ST. ELIZABETH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am one of the St. Elizabeth employees that are refusing to get the mandate vaccine.

2. I have worked for 15 years, and I don't want to lose my job due to this mandate.

3. Last year when this all started, the hospital never required us to get fit tested for the N95 masks as we do every year.

4. We were required to wear the same size masks as we did last year (even if our weight was different.)

5. Most of us work through this pandemic without the vaccine and have never been sick.

6. On August 26, 2021, I spoke to a young nurse in the ICU cardiac unit at St. Elizbeth Edgewood.

7. She said it's really strange that they are discharging their cardiac patients to bring in the overflow from the TCU.

8. She said that they weren't Covid patients, and that they really weren't sick and should be discharged but they are holding them for some reason.

Further, Affiant Sayeth Naught.

_Sandy Cox_
SANDY COX

NOTARY

Sworn to and subscribed before me, by _Sandy Cox_ this _3_ day of _September_ 2021.

_Merian a Nuesse_
Notary Public
My Comm. Exp. _03/31/24_

## ST. ELIZABETH

## AFFIDAVIT OF GINA GRAY

1. I am currently employed at St. Elizabeth.

2. In August 2021, St. Elizabeth reported that 100% of their COVID positive patients are unvaccinated. This is a complete lie.

3. Around August 10, 2021, my unit had 5 positive patients and 4 of those patients were fully vaccinated upon admission.

4. St. Elizabeth managers are now sending text messages to employees on their personal devices while they are off the clock. They are asking if we are getting vaccinated and if we are planning on getting the vaccination.

5. I have worked at St. Elizabeth Healthcare for 15 years and currently hold two roles.

6. I am a team lead (charge nurse) on a unit with a weekend option contract, and a part-time nursing supervisor.

7. On August 9, 2021, I submitted my resignation from the supervisor role as I have lost all respect for the organization over the covid vaccination mandate decision.

Further, Affiant Sayeth Naught.

GINA GRAY

NOTARY

Sworn to and subscribed before me, by _Gina Gray_ this _1st_ day of
_September_ 2021.

Notary Public
My Comm. Exp. _9/10/25_
_Gallatin_ County
State of _Ky._

Shirley Warnick
Notary Public, ID KYNP29588
State at Large, Kentucky
My Commission Expires on 9/10/25

## AFFIDAVIT OF JILL HARTMAN
## ST. ELIZABETH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I work from home as an outpatient coder and have no contact with patients.

2. I am being required to take the vaccine and do not want to take the vaccine or agree with the mandate.

3. It has been impossible to get an exemption.

4. I was told to take the COVID and flu vaccine or I would be fired.

5. I have experienced severe reactions to the flu vaccine in the past.

6. My previous employer allowed me to decline the flu vaccine, but St. Elizabeth will not.

7. St. Elizabeth requires that a Board must approve a vaccine exemption.

8. St. Elizabeth is offering monoclonal antibodies to COVID patients, as a treatment for COVID.

9. St. Elizabeth bought out my previous employer, so I don't know where I could find a job if I am terminated.

Further, Affiant Sayeth Naught.

_Jill Hartman_
JILL HARTMAN

### NOTARY

Sworn to and subscribed before me, by _Jill Hartman_ this _3_ day of _September_ 2021.

_Charity Springman_
Notary Public
My Comm. Exp. _December 3, 2022_

_Dearborn_ County

State of _Indiana_

**CHARITY SPRINGMAN**
Commission Number NP0660998
My Commission Expires
December 3rd, 2022

**AFFIDAVIT OF KARIE KING**
**ST. ELIZABETH**

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am employed at St. Elizabeth Healthcare as a Registered Nurse in cancer treatment.

2. My livelihood and career are being threatened for not wanting to receive the SARS-CoV-2 aka COVID-19 vaccine.

3. I am a devout Christian and was just Ordained last month at Community Family Church.

4. St. Elizabeth managers are saying that the religious exemptions will not be honored if we have ever received the Flu vaccine, which is mandatory.

5. I refuse to take this vaccine as I am opposed to any research that uses aborted fetus or stem cells from aborted fetuses.

6. I don't know any doctor within St. Elizabeth that will even write a medical exemption and I doubt the hospital will accept it.

7. I know many people that have had serious reactions from the vaccine.

8. Physicians won't even say/diagnose the reactions are related to the vaccine.

9. Due to EUA status I cant even hold anyone accountable for any devastating adverse reactions that may occur.

10. I was told by my manager, in a "huddle" meeting, prior to my shift on 8/30/21 that the Pfizer Vaccine for Covid-19 obtained FDA approval & would be the only vaccine going forward to be available to employees & that " it is important to stick to our brand" in a discussion about the vaccines & booster injections for patients & staff.

Further, Affiant Sayeth Naught.

KARIE KING

## NOTARY

Sworn to and subscribed before me, by _Karie King_ this _3_ day of _September_ 2021.

_Loretta Little_
Notary Public
My Comm. Exp. _12.5.23_

_Kenton_ County
State of _Kentucky_

LORETTA LITTLE
Notary Public-State at Large
KENTUCKY - Notary ID # 635972
My Commission Expires 12-05-2023

## AFFIDAVIT OF AARIKA LAWRENCE, RN
## ST. ELIZABETH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am a Registered Nurse, RN.

2. I resigned from St. Elizabeth Healthcare on 8/13/21 due to the vaccine mandate and the toxic environment I was being subjected.

3. Conversations were had around me involving Dr. Douglas Flora, Rose Mulberry, APRN, Kelley McGarvey, APRN, and multiple Medical Assistants. The conversations were as follows, "Anyone who doesn't get the vaccine is a conspiracy theorist, I have family members who are not getting the vaccine and they are all conspiracy theorists as well, but you just cannot fix stupid." I also walked in on a conversation where St Elizabeth staff were laughing stating everyone should just get the vaccine, "because do these people really want to be dragged out of here down the stairs."

Further, Affiant Sayeth Naught.

_Aarika Lawrence_
AARIKA LAWRENCE

NOTARY

Sworn to and subscribed before me, by _Aarika Lawrence_ this _3rd_ day of
_September_ 2021.

_Tracy Patrick_
Notary Public
My Comm. Exp. _Jan 10th, 2022_

**TRACY R. PATRICK**
Notary Public - State at Large
Kentucky
My Commission Expires Jan. 10, 2022
Notary ID 593023

_Boone_ County

State of _Kentucky_

## AFFIDAVIT OF ERIN MARSHALL
### ST. ELIZABETH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am currently employed at St. Elizabeth Physicians.

2. St. Elizabeth is trying to force me into getting the covid vaccine.

3. There has been pressure and backhanded harassment by St. Elizabeth management/supervisors regarding the covid vaccine.

4. If I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

5.) Due to harrasment and bullying I have accepted employment elsewhere with a severe paycut.

Further, Affiant Sayeth Naught.

_Erin Tiffany Marshall_
ERIN MARSHALL

### NOTARY

Sworn to and subscribed before me, by Erin Marshall this __3__ day of _September_ 2021.

_Lauren Parrish_
Notary Public
My Comm. Exp. _Feb. 8, 2025_

_Boone_ County

State of _Kentucky_

LAUREN AVERY PARRISH
Notary Public - State at Large
Kentucky
My Commission Expires Feb. 8, 2025
Notary ID KYNP23367

**AFFIDAVIT OF ELIZABETH MOZEA**
**ST. ELIZABETH**

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am employed at St. Elizabeth and have been for 21 years. I am a CT Technologist.

2. My livelihood and career are being threatened for not wanting to receive the SARS-CoV-2 aka COVID-19 vaccine.

3. On recent date I requested my religious exemption forms from Employee Health.

4. I have a fear of what the long-term effects are in the mRNA vaccines as there are no other vaccines of this approved or in use.

5. My 17-year-old daughter that earned a senior year internship at St. E is being told that if she does not agree to vaccine, she will not have her position in the internship program. She has submitted a religious exemption also. As her parent, I oppose this vaccine for her.

Further, Affiant Sayeth Naught.

_Elizabeth R Mozea_

ELIZABETH MOZEA

**NOTARY**

Sworn to and subscribed before me, by _Elizabeth Mozea_ this _3_ day of _September_ 2021.

_Loretta Little_
Notary Public
My Comm. Exp. _12-5-23_
_Kenton_ County
State of _Kentucky_

LORETTA LITTLE
Notary Public-State at Large
KENTUCKY - Notary ID # 635972
My Commission Expires 12-05-2023

## AFFIDAVIT OF DEELA STURM
## ST. ELIZABETH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I do not want to take the vaccine.

2. I was denied a medical exemption from my Primary Care Provider's office.

3. I was told my PCP's office would not provide a vaccine exemption for anxiety.

4. My PCP's office stated that their "providers consider very few health-related conditions that would exempt one from receiving the vaccine."

5. AUGUST 23, 2021: My PCP insisted I undergo a COVID test for general sinus issues I have had most of my life.

6. My PCP told me that every doctor associated with local hospitals will refuse vaccine exemptions.

7. I had a health condition due to St. Elizabeth's negligence in the workplace, involving sharps containers.

8. I have PTSD from the health condition accident.

9. My PTSD is worsening because of the mandate.

10. My PCP asked if I thought I qualified for a religious exemption

11. After reminding my PCP (Dr. Patel) of my religion and giving her a brief summary about my religion and beliefs, she had the office manager Caroline leave me a voicemail stating my religion exemption was denied

12. How is someone else entitled to tell me to destroy God's temple

13. Am I not deserving of a fundamental human right and the first rights guaranteed to me in the United States of America's Constitution?

14. I asked my PCP if she would sign a liability form if I receive the vaccine. No response back.

Further, Affiant Sayeth Naught.

DEELA STURM

## NOTARY

Sworn to and subscribed before me, by _Dee la Sturm_ this _3_ day of _September_ 2021.

_Loretta Little_
Notary Public
My Comm. Exp. _12-5-23_

_Kenton_ County

State of _Kentucky_

```
LORETTA LITTLE
Notary Public-State at Large
KENTUCKY - Notary ID # 635972
My Commission Expires 12-05-2023
```

## ST. ELIZABETH

## AFFIDAVIT OF CATHY THOMAS

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I work in the Inpatient Unit at St. Elizabeth Edgewood.

2. Today I cared for a dying Covid patient who was fully vaccinated. His wife sat at the bedside in N95 gown and mask, fully vaccinated. She just got out of the hospital recovering from Covid.

3. My unit has made it very clear that St. Elizabeth will not back down, and they are prepared to lose nurses.

4. I will decline to take the clot shot.

5. Our unit is very small, and the tension is so thick now you can cut it with a knife.

6. If I am not approved for an exemption, and if I do not get the vaccination by the October 1, 2021 deadline, I will be terminated from my job.

Further, Affiant Sayeth Naught.

_Cathy Thomas_

CATHY THOMAS

### NOTARY

Sworn to and subscribed before me, by _Cathy Thomas_ this _3_ day of

_September_ 2021.

_Loretta Little_

Notary Public

My Comm. Exp. _12-5-23_

Kenton County

State of Kentucky

LORETTA LITTLE
Notary Public-State at Large
KENTUCKY - Notary ID # 635972
My Commission Expires 12-05-2023

### AFFIDAVIT OF KEATHER WAINSCOTT
### ST. ELIZABETH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am currently employed at St. Elizabeth.

2. At St. Elizabeth hospital, patients who are fully vaccinated are not being covid tested/swabbed, and are permitted to proceed to their procedure and/or surgery.

3. An unvaccinated patient must be tested/swabbed for covid before a procedure or surgery.

4. My current employment with St. Elizabeth is my only avenue of income to support myself and my family.

5. I am strongly against the covid vaccine and do not want to have it injected into my body.

6. I do not want to get the covid vaccine at this time, but I feel that I have no other option if I want to keep my current job.

7. This is unfair and I should not be forced to be injected with a vaccine that I am not comfortable with.

Further, Affiant Sayeth Naught.

_Keather Wainscott_
KEATHER WAINSCOTT

### NOTARY

Sworn to and subscribed before me, by _Keather Wainscott_ this _2_ day of _September_ 2021.

_Tisha L. White_
Notary Public
My Comm. Exp. _6 - 1 - 2021_
_Pendleton_ County
State of _Kentucky_

## AFFIDAVIT OF KIM BARNES
## ST. ELIZABETH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am a certified surgical first assistant, and I have worked here for 22 years.

2. In March of 2020, we at Ft. Thomas were told that our hospital would be "THE Covid Hospital", and that we wouldn't be doing any elective surgeries or emergency surgeries on Covid negative patients.

3. Subsequently, our hours were cut majorly.

4. Our managers were placing us in other positions elsewhere in the hospital for things such as taking temperatures on employees. We also would be moved to other hospitals to do these same things.

5. I was risking my health and well-being for my older, immunocompromised coworkers, as I figured it was better if I got Covid as compared to my more vulnerable coworkers.

6. All through Covid, we have been short staffed during this time because staff from other hospitals refused to work at Ft. Thomas, "THE Covid Hospital."

7. I absolutely love my job and the people that I work with, but I'm really hating the disregard and hypocrisy from the administration.

Further, Affiant Sayeth Naught.

_Kim Barnes_
KIM BARNES


NOTARY

Sworn to and subscribed before me, by _Kim Barnes_ this _2_ day of
_September_ 2021.

Notary Public
My Comm. Exp. 12-5-23

Kenton County
State of Kentucky

LORETTA LITTLE
Notary Public-State at Large
KENTUCKY - Notary ID # 635972
My Commission Expires 12-05-2023

## AFFIDAVIT OF CHRISTY BECKERICH
## ST. ELIZABETH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I am current employee at St. Elizabeth.

2. Patients are not being asked to sign a consent form when they come into St. Elizabeth Physicians for the Covid vaccine.

3. I have double checked this to be true.

Further, Affiant Sayeth Naught.

_Christy Beckerich_
CHRISTY BECKERICH

NOTARY

Sworn to and subscribed before me, by _Christy Beckerich_ this _3_ day of _September_ 2021.

_Jacqueline Daugherty_ 631911
Notary Public
My Comm. Exp. _9·18·23_

_Campbell_ County

State of _KY_

## AFFIDAVIT OF JENNIFER LINVILLE
### ST. ELIZABETH

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. I have been employed at St. Elizabeth for two years and work in Environmental Services.

2. My livelihood and career are being threatened for not wanting to receive the SARS-CoV-2 aka COVID-19 vaccine.

3. I have medical issues with my heart.

4. I am seeking a medical exemption but my Cardiologist, however, they are employed by St. Elizabeth Healthcare.

Further, Affiant Sayeth Naught.

_____
JENNIFER LINVILLE

### NOTARY

Sworn to and subscribed before me, by _Peyton Simpson_ this _6_ day of _September_ 2021.

_____
Notary Public
My Comm. Exp. _Oct 4, 2021_

_Campbell_ County

State of _Kentucky_

Peyton Simpson
Notary Public, ID No. 586529
State at Large, Kentucky
My Commission Expires on Oct. 4, 2021