UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:21-CV-00105-DLB-EBA

CHRISTY BECKERICH, ET AL.                                              PLAINTIFFS

vs.

SAINT ELIZBETH MEDICAL CENTER, INC., ET AL.                 DEFENDANTS

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFFS' COMPLAINT WITH PREJUDICE

Come now Defendants, Saint Elizabeth Medical Center, Inc. and Summit Medical Group, Inc. d/b/a St. Elizabeth Physicians, by and through counsel, and hereby respectfully move this honorable Court to dismiss Plaintiffs' Complaint in its entirety with prejudice. A memorandum in support of this motion and a proposed order are being filed herewith.

Respectfully submitted,

/s/ Mark D. Guilfoyle
Mark D. Guilfoyle (KBA #27625)
Nicholas C. Birkenhauer (KBA #91901)
Christopher B. Markus (KBA #92613)
Michael J. Enzweiler (KBA #96989)
Dressman Benzinger LaVelle PSC
207 Thomas More Parkway
Crestview Hills, KY 41017
(859) 341-1881 (T)
(859) 341-1469 (F)
mguilfoyle@dbllaw.com
nbirkenhauer@dbllaw.com
cmarkus@dbllaw.com
menzweiler@dbllaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on the 14th day of September, 2021, the foregoing was served via the Court's electronic filing system upon:

A. Dominick Romeo
Deters Law
5247 Madison Pike
Independence, KY 41051

/s/ Mark D. Guilfoyle

982133v5