UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:21-CV-00105-DLB-EBA

CHRISTY BECKERICH, ET AL.                                                                PLAINTIFFS

vs.

SAINT ELIZBETH MEDICAL CENTER, INC., ET AL.                              DEFENDANTS

**DEFENDANTS' RESPONSE TO ADDITIONAL AFFIDAVITS
FILED IN SUPPORT OF INJUNCTIVE RELIEF**

At 3:39 p.m. today, Plaintiffs filed 40 Affidavits in support of their motion for injunctive relief.  Fifteen of these Affidavits had already been filed with the Court on September 7.  Of the remaining 25, Defendants note that one was notarized on September 2, four were notarized on September 7, sixteen were notarized on September 9, one was notarized on September 10 and three were notarized on September 13.  Plaintiffs' counsel thus withheld these 25 Affidavits from the Court and Defendants until one hour and 21 minutes before Defendants were due to file their Response to the motion for injunctive relief pursuant to this Court's Order of September 7.

A quick scan of the 25 new Affidavits indicates that these Affidavits present immaterial, irrelevant, and vacuous information.  The undersigned will be prepared to address any of these 25 new Affidavits at the oral argument scheduled for 1:00 p.m. on August 22.

Respectfully submitted,

/s/ Mark D. Guilfoyle
Mark D. Guilfoyle (KBA #27625)
Nicholas C. Birkenhauer (KBA #91901)
Christopher B. Markus (KBA #92613)
Michael J. Enzweiler (KBA #96989)
Dressman Benzinger LaVelle PSC
207 Thomas More Parkway
Crestview Hills, KY 41017
(859) 341-1881 (T)
(859) 341-1469 (F)

1

mguilfoyle@dbllaw.com
nbirkenhauer@dbllaw.com
cmarkus@dbllaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on the 14th day of September, 2021, the foregoing Response was served via the Court's electronic filing system upon:

A. Dominick Romeo
Deters Law
5247 Madison Pike
Independence, KY 41051


                          /s/ Mark D. Guilfoyle

984283.1