UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:21-CV-00105-DLB-EBA

CHRISTY BECKERICH, ET AL.　　　　　　　　　　　　　　　　　　　PLAINTIFFS

vs.

SAINT ELIZBETH MEDICAL CENTER, INC., ET AL.　　　　　　　　　DEFENDANTS

## **RULE 7.1 DISCLOSURE STATEMENT OF THE DEFENDANTS**

Come now Defendants, Saint Elizabeth Medical Center, Inc. and Summit Medical Group, Inc. d/b/a St. Elizabeth Physicians, by counsel, and make the following disclosure pursuant to Fed. R. Civ. P. 7.1:

1. Defendants do not have any parent corporation(s).
2. No publicly held corporation owns 10% or more of Defendants' stock.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Mark D. Guilfoyle
　　　　　　　　　　　　　　　　　　　Mark D. Guilfoyle (KBA #27625)
　　　　　　　　　　　　　　　　　　　Nicholas C. Birkenhauer (KBA #91901)
　　　　　　　　　　　　　　　　　　　Christopher B. Markus (KBA #92613)
　　　　　　　　　　　　　　　　　　　Michael J. Enzweiler (KBA #96989)
　　　　　　　　　　　　　　　　　　　Dressman Benzinger LaVelle PSC
　　　　　　　　　　　　　　　　　　　207 Thomas More Parkway
　　　　　　　　　　　　　　　　　　　Crestview Hills, KY 41017
　　　　　　　　　　　　　　　　　　　(859) 341-1881 (T)
　　　　　　　　　　　　　　　　　　　(859) 341-1469 (F)
　　　　　　　　　　　　　　　　　　　mguilfoyle@dbllaw.com
　　　　　　　　　　　　　　　　　　　nbirkenhauer@dbllaw.com
　　　　　　　　　　　　　　　　　　　cmarkus@dbllaw.com
　　　　　　　　　　　　　　　　　　　menzweiler@dbllaw.com
　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I certify that on the 20th day of September, 2021, the foregoing was served via the Court's electronic filing system upon:

A. Dominick Romeo
Deters Law
5247 Madison Pike
Independence, KY 41051

                                      /s/ Mark D. Guilfoyle