**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CASE NO. 2:21-CV-00105-DLB-EBA**

| | | |
|---|---|---|
| **CHRISTY BECKERICH, et al.,** | : | |
| | : | **Judge David C. Bunning** |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | **NOTICE OF ENTRY OF** |
| **ST. ELIZABETH MEDICAL CENTER, et al.** | : | **APPEARANCE OF ALAN J. STATMAN** |
| | : | |
| **Defendants** | | |

Please take notice and be advised that Alan J. Statman hereby enters his appearance in this action as co-counsel for Plaintiffs.

s/Alan J. Statman_____
Alan J. Statman (#84752)
35 E. 7th Street, Ste 315
Cincinnati, Ohio 45202
ajstatman@statmanharris.com
513-261-2666
513-621-4896(fax)

Co-Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d) and other applicable law, I certify that on September 21, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/Alan J. Statman_____
Alan J. Statman